# DOCUMENTS TO BE SEALED

PLAINTIFF            DOC # _

-V-

DEFENDANT

DOCKET NUMBER: **20 CV 10575**

DATE FILED: DEC 1 5 2020

SIGNED BY: JUDGE STEIN

DATE SIGNED: DEC 1 5 2020

## TO BE FILED UNDER SEAL:

___ ENTIRE ACTION

___ COMPLAINT / PETITION ONLY

_X_ OTHER DOCUMENTS / EXHIBITS