*Stein, S*
*Part 1*

ADELMAN MATZ P.C.
1173A Second Avenue, Suite 153
New York, NY 10065
Phone: (646) 650-2207
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X------------------------------------------------------X
JLM COUTURE, INC,

                       Plaintiff,

          v.


HAYLEY PAIGE GUTMAN,

                      Defendant.
X------------------------------------------------------X

Case No.: 20-Cv-10575

[PROPOSED] SEALING ORDER

Upon the Request of Plaintiff, JLM Couture, Inc. ("JLM") supported by the Declaration

of Joseph L. Murphy, sworn to on the 15th day of December 2020, for an order pursuant to Fed.

R. Civ. P. 5.2 for a sealing order regarding Exhibits attached to the Declaration of Joseph

Murphy, dated December 14, 2020 in support of JLM's motion for a temporary restraining order

and a preliminary injunction (the "TRO Decl."), it is;

ORDERED, that JLM's request is granted and the parties are hereby ordered to file the

following documents under seal with respect to JLM's motion for a temporary restraining order

and preliminary injunction, and in each filing before this Court, unless this order, or any part

thereof, is vacated or modified:

    (a)    **Exhibit. 2** to the TRO Decl., whichis copy of JLM's initial employment

            agreement with Defendant Hayley Paige Gutman, ("Defendant" or "Gutman" or

            "Hayley Paige") dated July 13, 2011;

    (b)    **Exhibit 55** to the TRO Decl., which is a copy of a chart containing JLM's

approximate expenses and costs related to one of its fashion lines, per year and by

expense;

(c)     **Exhibit 62** to the TRO Decl., which is a copy of an amendment to Gutman's

employment agreement with JLM, dated July 15, 2014;

(d)     **Exhibit 64** to the TRO Decl., which is a copy of an agreement between JLM and

a third-party Hearts On Fire Company, LLC;

(e)     **Exhibit 66** to the TRO Decl., which is a letter that JLM sent to Gutman dated

February 2, 2019, in which JLM exercised its option to renew Gutman's

employment agreement.

ORDERED that a copy of this order shall be sufficient to seal all documents set forth *subject to review by the U.S. District Judge to whom this action is assigned.*

herein for the duration of this action.

DATED: New York, New York
        December 15, 2020

_____
                  UNITED STATES DISTRICT JUDGE, *AFI*

2