UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

JLM COUTURE, INC.,

       Plaintiff,

 -v-                                                                          No.  20 CV 10575-LTS

HAYLEY PAIGE GUTMAN,

       Defendant.

-------------------------------------------------------x

## Order

       In advance of the TRO application hearing scheduled for this morning, **December 16, 2020, at 10:00 a.m.**, the parties are directed to meet and confer in a good faith effort to resolve the TRO application and to agree on a proposed schedule for the briefing and consideration of the application for a preliminary injunction.

       SO ORDERED.

Dated: New York, New York
      December 16, 2020

                                                                                 /s/ Laura Taylor Swain___
                                                                LAURA TAYLOR SWAIN
                                                                United States District Judge