# EXHIBIT 1

 # About This Account



## misshayleypaige

## Account Information

To help keep our community authentic, we're showing information about accounts that reach a lot of people or advertise on Instagram. See why this information is important.

| | |
|---|---|
| **Date Joined** | April 6, 2012 |
| **Account Based in** | United States |
| **Former Usernames** | 0 › |
| **Accounts With Shared Followers** | 0 › |

## Active Ads
See misshayleypaige's ads in the Facebook Ad Library.