# EXHIBIT 17

JLM OWNED SOCIAL MEDIA ACCOUNTS FOR ALL HAYLEY PAIGE BRANDS

| Brand | Platform | Handle | Account Link |
|---|---|---|---|
| Hayley Paige | Instagram | misshayleypaige | https://www.instagram.com/misshayleypaige/ |
| Hayley Paige | Facebook | Hayley Paige / HayleyPaigeBridal | https://www.facebook.com/HayleyPaigeBridal |
| Hayley Paige | Pinterest | Hayley Paige / hayleypaigejlm | https://www.pinterest.com/hayleypaigejlm/_saved/ |
| Hayley Paige | Pinterest | misshayleypaige | https://www.pinterest.com/misshayleypaige/_saved/ |
| Hayley Paige | Youtube | Miss Hayley Paige | https://www.youtube.com/channel/UCJR_76xqVd6ihrlUm3AL-qg?view_as=subscriber |
| Hayley Paige | Twitter | hayleypaige_jlm | https://twitter.com/HayleyPaige_JLM |
| Blush by Hayley | Instagram | blushbyhayleypaige | https://www.instagram.com/blushbyhayleypaige/ |
| Blush by Hayley | Facebook | BlushbyHayleyPaige | https://www.facebook.com/BlushbyHayleyPaige |
| Blush by Hayley | Pinterest | blushbyHP | https://www.pinterest.com/blushbyHP/_created/ |
| Blush by Hayley | Twitter | BlushbyHP | https://twitter.com/BlushbyHP |
| Hayley Paige Occasions | Instagram | hayleypaigeoccasions | https://www.instagram.com/hayleypaigeoccasions/ |
| Hayley Paige Occasions | Facebook | hpoccasions | https://www.facebook.com/hpoccasions/ |
| Hayley Paige Occasions | Twitter | Jim_H_Occasions | https://twitter.com/Jim_H_Occasions |
| La Petite Hayley Paige | Instagram | lapetitehayleypaige | https://www.instagram.com/lapetitehayleypaige/ |
| La Petite Hayley Paige | Facebook | lapetitehayleypaige | https://www.facebook.com/lapetitehayleypaige |

| | | | |
|---|---|---|---|
| Holy Matrimoji App (All Brands) | Instagram | holymatrimoji | https://www.instagram.com/holymatrimoji/ |
| Holy Matrimoji App (All Brands) | Facebook | HolyMatrimoji | https://www.facebook.com/HolyMatrimoji |
| All Brands | TikTok | misshayleypaige | https://vm.tiktok.com/ZMJqYv9S6/ |