# EXHIBIT 51

| | |
|---|---|
| **From:** | Hayley Paige <hayhaypaige@gmail.com> |
| **Sent:** | Monday, December 30, 2019 2:12 PM |
| **To:** | Brittany Noe |
| **Cc:** | Elyse Gilreath; HP |
| **Subject:** | Re: Pepper Gown Donation |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Yep that's what I thought... haha ok! Elyse, since you were coordinating with the store originally... would you mind reaching back out? If not, I can too.

On Mon, Dec 30, 2019 at 10:53 AM Brittany Noe <brittany@jlmcinc.com> wrote:
> Apologies, he just called me with other thoughts. He'd prefer we recommend the bride to donate her gown locally and Hayley give her a shoutout on Instagram stories. He is on a board for another dress giveaway but on our own terms where we properly manage it. Also think we limit our audience with a size 14 dress.
>
> Sent from my iPhone
>
>> On Dec 30, 2019, at 1:00 PM, Brittany Noe <brittany@jlmcinc.com> wrote:
>>
>> We got the green light from Joe! Happy almost new year :)
>>
>> Sent from my iPhone
>>
>>> On Dec 29, 2019, at 4:43 PM, Brittany Noe <brittany@jlmcinc.com> wrote:
>>>
>>> Yes - let me run by him to be safe.
>>>
>>> Sent from my iPhone
>>>
>>>> On Dec 29, 2019, at 1:41 PM, Hayley Paige <hayhaypaige@gmail.com> wrote:
>>>>
>>>> Thanks B!!! Do you think we should run this by Joe? I am only a little nervous that it will seem like a secondhand gown.... or something negative?
>>>>
>>>> On Sun, Dec 29, 2019 at 8:18 AM Brittany Noe <brittany@jlmcinc.com> wrote:
>>>>> How about something like the below? Do we have the bride's Instagram handle? Does it make sense to include verbiage like

'partnering with Sposa Mia Couture' or will that upset other retailers? Do we want to open this up to international brides?

We're ringing in the new year with a sparkle-studded wedding dress giveaway! One lucky bride-to-be will win a brand new #peppergown by @blushbyhayleypaige, from the generous **bride's handle**. How to enter below:

1. Follow me, @blushbyhayleypaige and @sposamiacouture
2. Like this photo
3. Tag two of your bridal besties in the comments below

*Giveaway closes New Year's Eve at 11:59PM and the winner will be announced on New Year's Day

FINE PRINT

- The gown is a bridal size 14
- Alterations not included

**From:** Hayley Paige <hayhaypaige@gmail.com>
**Sent:** Friday, December 27, 2019 1:20 PM
**To:** HP <hp@jlmcinc.com>; Brittany Noe <brittany@jlmcinc.com>
**Subject:** Re: FW: Pepper Gown Donation

YES! I love this idea!!! I am CC'ing Brittany to help with caption/verbaige for Instagram and Facebook that includes all details!

People have been asking for another giveaway so this will be perfect!!! What a kind bride <3

HP

On Fri, Dec 27, 2019 at 10:04 AM HP <hp@jlmcinc.com> wrote:

> Hi!! okay so I finally had a chance to talk to the store about this – I was honestly expecting a crazy backstory, but really there is none… they said she is a sweet girl, was happy with her gown and happy with her experience, but understanding that her marriage was just not right to happen for her right now.
>
> So anyway, they're open to whatever we want to do! Let me know your thoughts, but here are mine:
>
> * You can announce the giveaway whenever/ however you'd like, giving credit to the bride and a mention to the store as well
> * I'm thinking maybe a New Years giveaway?? Either pick the winner at midnight or run the contest on New Years Day?
> * We will instruct the bride to bring the gown into the store and provide them with a shipping label to send the gown to the winner's address. This way the bride doesn't have to deal with

2

packaging/shipping and the store won't incur the cost.
* We will reach out to the bride along with the store and thank her for her generosity and offer that whenever she is ready to walk down the aisle we want her to be a Hayley Paige and Sposa Mia bride – the store will honor a 20% discount and we'll offer her a free veil, no expiration to the offer 😊
* In addition I'd love to send her something special….. a sketch or something else signed maybe? Maybe a bottle of wine or flowers as well?

Lmk Thanks!
Elyse


From: HP
Sent: Wednesday, December 18, 2019 11:47 AM
To: Andrea Hernandez <andyhdz20@gmail.com>
Subject: RE: Pepper Gown Donation

Hi Andrea! Please forgive me for the delay – things have been a bit hectic lately! I will try to coordinate something shortly 😊

From: Andrea Hernandez <andyhdz20@gmail.com<mailto:andyhdz20@gmail.com>>
Sent: Friday, December 13, 2019 9:05 AM
To: HP <hp@jlmcinc.com<mailto:hp@jlmcinc.com>>
Subject: Re: Pepper Gown Donation

Yes,

I purchased it at Sposa Mia Couture in Mcallen, Tx. (956) 683-8740

Thanks,

Andrea

On Fri, Dec 13, 2019 at 7:32 AM HP <hp@jlmcinc.com<mailto:hp@jlmcinc.com>> wrote:
Hi Andrea! You are truly the sweetest for wanting to bless others in this difficult time for yourself!

I would be happy to help facilitate something special with your Pepper gown. May I ask where you purchased the gown? I would love to include the retail store as well in whatever arrangements/promotion we do!

Best,
Elyse


From: Andrea Hernandez <andyhdz20@gmail.com<mailto:andyhdz20@gmail.com>>

3

Sent: Thursday, December 12, 2019 1:33 PM
To: HP <hp@jlmcinc.com><mailto:hp@jlmcinc.com>>
Subject: Pepper Gown Donation

Good afternoon,

I recently messaged Miss Hailey Paige about donating my dress. I recently purchased a Pepper Gown and I received it last week. It's a size 14 and has zero alterations. I only tried it on once last week. My engagement was called off. I loved the dress it's so beautiful and I know that it's someone else's dream dress as well. I was wondering if maybe you could do some sort of giveaway or something of that sort so the dress can be a blessing to a bride. It's in my heart that it goes to someone that truly loved the dress which is why I wanted to reach out to you guys instead of looking on my own. Other than that I don't know how to proceed from here. Thank you for your time.

I await your response,

Andrea Hernandez
(956) 789-3663


--

<image001.jpg>

@misshayleypaige


The email accompanying this transmission contains confidential information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled.
If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

--

4

&lt;image001.jpg&gt;

@misshayleypaige

The email accompanying this transmission contains confidential information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled.
If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

--



@misshayleypaige

The email accompanying this transmission contains confidential information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled.
If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.