# EXHIBIT 64

Sealed Per Order of Judge Stein,
dated December 15,2020