# EXHIBIT 83

*screenshot-www.pinterest.com-2020.12.15-00_34_01*
*https://www.pinterest.com/misshayleypaige/*
*15.12.2020*

Pinterest Today Explore Search for easy dinners, fashion, etc. Log in Sign up

Follow

## Hayley Paige

**12,530** Followers • **87** Following • **www.hayleypaige.com**

Hi, I'm Hayley Paige! I'm a designer, content creator, and podcast co-host for All That Glitters, but mostly I'm just grateful to be here :) @misshayleypaige

### Hayley Paige's best boards

ACCESSORIZE ME
Hayley Paige • **67** Pins

All That Glitters
Hayley Paige • **57** Pins

ATHLEISURE
Hayley Paige • **21** Pins

BACHES BE TRIPPIN' ...
Hayley Paige • **11** Pins

Blush by Hayley Paige
Epernay Bridal This Is The One.

Privacy

BLUSH BY HAYLEY P...
Hayley Paige • **364** Pins

BLUSH BY HAYLEY P...
Hayley Paige • **319** Pins

BRIDESMAIDS BY HA...
Hayley Paige • **311** Pins

CAKE BABY - Weddin...
Hayley Paige • **31** Pins

You are signed out
Sign in to get the best experience
Log in Sign up

CHANDON GOWN
Hayley Paige • **7** Pins

COLLINS GOWN
Hayley Paige • **14** Pins

COVERAGE AND COV...
Hayley Paige • **134** Pins

DECKLYN GOWN
Hayley Paige • **115** Pins

DORI GOWN
Hayley Paige • **103** Pins

ELKE GOWN
Hayley Paige • **3** Pins

ELYSIA GOWN
Hayley Paige • **126** Pins

FASHION ILLUSTRATI...
Hayley Paige • **34** Pins

FLOWERGIRLS - La P...
Hayley Paige • **14** Pins

HALO GOWN
Hayley Paige • **190** Pins

### More ideas from Hayley Paige

Floral Backdrop Floral Arch Flo

40 Larger Than Life Floral














