ADELMAN MATZ P.C.
1173A Second Avenue, Suite 153
New York, New York 10065
Phone: (646) 650-2207

*Attorneys for Plaintiff JLM Couture, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JLM COUTURE, INC,                                              Case No.: 1:20-cv-10575-LTS

                          Plaintiff,

                        v.

HAYLEY PAIGE GUTMAN,

                        Defendant.
-------------------------------------------------------------X

## CERTIFICATE OF SERVICE

Sarah M. Matz, pursuant to 28 U.S.C. § 1746, certifies under the penalty of perjury as follows: that on the 18th day of December, 2020, a true and accurate copy of the foregoing **CONFORMED ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER, EXECUTED BY JUDGE LAURA TAYLOR SWAIN, DATED DECEMBER 16, 2020; MEMORANDUM OF LAW IN SUPPORT OF JLM COUTURE, INC'S MOTION BY ORDER TO SHOW CAUSE FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, DATED DECEMBER 15, 2020; DECLARATION OF JOSEPH MURPHY IN SUPPORT, DATED DECEMBER 14, 2020, WITH EXHIBITS; DECLARATION OF BRITTANY NOE IN SUPPORT, DATED DECEMBER 11, 2020; DECLARATION OF SVETLANA GRYAZEVA IN SUPPORT, DATED DECEMBER 13, 2020, WITH EXHIBITS; THE DECLARATION OF SARAH M. MATZ IN SUPPORT, DATED DECEMBER 15, 2020,**

**WITH EXHIBITS; THE DECLARATION OF JOSEPH MURPHY IN SUPPORT OF PLAINTIFF'S REQUEST FOR A SEALING ORDER, DATED DECEMBER 15, 2020, WITH EXHIBIT; JLM COUTURE, INC'S COMPLAINT, CIVIL COVER SHEET AND RULE 7.1 STATEMENT, EACH DATED AND FILED ON DECEMBER 15, 2020; AND SUMMONS ON HAYLEY PAIGE GUTMAN ISSUED BY THE CLERK OF THE COURT ON DECEMBER 15, 2020,** was deposited, enclosed in a plain, post-paid wrapper, in an official depository under the exclusive care and custody of FedEx, to be delivered via overnight delivery to the following address:

Steven M. Kaplan, Esq.
KAPLAN LEVENSON P.C.
630 Third Avenue
New York, New York 10017
*Attorneys for Defendant Hayley Paige Gutman*

I certify under penalty of perjury, that the foregoing is true and correct.

Executed on December 21, 2020 in New York, New York.


_____
Sarah M. Matz, Esq.