## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JLM COUTURE, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 1:20-cv-10575 |
| vs. | § | |
| | § | |
| HAYLEY PAIGE GUTMAN. | § | |
| | § | |
| Defendant. | § | |
| | § | |

## <u>DECLARATION OF HAYLEY PAIGE GUTMAN</u>

1.     My name is Hayley Paige Gutman. In accordance with 28 U.S.C. 1746, I hereby declare under the penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

## I.     BACKGROUND

### A.     Education and Employment Prior to JLM

2.     I graduated from Cornell University in 2007 with a Bachelor of Science in fiber science and apparel design.

3.     In 2007, I worked for approximately six months for Jill Stuart as a sample room coordinator and assistant designer.

4.     From approximately December 2007 until July 2011, I worked for Priscilla of Boston as an associate designer for the Melissa Sweet Bridal and Priscilla of Boston Bridesmaids Collections. In February 2011, I took over as the lead designer of Priscilla of Boston's Marchesa Eterna Collection, which required traveling and working in Asia. During my time with Priscilla of Boston I became well versed in bridal design, fabric development, embroidery design, supply chain management, and domestic and international design processes from development through production.

5.     From June 2007 to April 2011, I also worked as a freelance styling assistant to Julie Weiss and producer Megan Gutman. As a freelance stylist, I worked with high-profile individuals including celebrities Pharrell Williams, Ke$ha, and Teyana Taylor.

6.     In 2009, I started a fashion and inspiration blog called "The Wedding Wardrobist," where I shared images, thoughtful captions, and general inspiration related to creative wedding ideas.

7.      In January 2011, my colleague Brittany Haas and I started a bridal company called Something Borrowed. Something Borrowed was a revolutionary business model in the bridal industry directed towards bridal gown and accessory rental. I exited my portion of the business on really good terms with my friend and partner who still owns it till this day under Happily Ever Borrowed LLC.

## II.     MY PERSONAL SOCIAL MEDIA ACCOUNTS

8.      I was an early adopter of social media. On April 13, 2004 while at Cornell University, I opened a personal Facebook account under my personal name "Hayley Paige" and using the URL "misshayleypaige." "Miss Hayley Paige" is a term of endearment my mother has used for me since my earliest memories.

9.      Since 2004, I have opened several other Personal Accounts ("Personal Accounts"), many of which are listed below:

| Type | Date Created | User Name/Link |
|------|--------------|----------------|
| Facebook | April 13, 2004 | Hayley Paige<br>www.facebook.com/misshayleypaige |
| Twitter | March 2009 | @misshayleypaige<br>https://twitter.com/misshayleypaige |
| LinkedIn[1] | April 2, 2010 | Hayley Paige<br>https://www.linkedin.com/in/misshayleypaige/ |
| Pinterest | November 3, 2011 | Miss Hayley Paige<br>https://www.pinterest.com/misshayleypaige/ |
| Instagram | April 6, 2012 | @misshayleypaige<br>https://www.instagram.com/misshayleypaige/ |

---

[1]   In response to the December 16, 2020 TRO, I have temporarily changed my name on my LinkedIn and Spotify Accounts to "Conrad Louis's Fiancé."

| Type | Date Created | User Name/Link |
|------|--------------|----------------|
| SnapChat | September 2015 | @misshayleypaige |
| Spotify[1] | February 2017 | Miss Hayley Paige |
| TikTok | November 2019 | Miss Hayley Paige<br>https://www.tiktok.com/@misshayleypaige |

10.     I opened each of my Personal Accounts on my own accord and for my own personal reasons.[2]

### A.     I Exclusively Control My Personal Accounts

### *My Personal Instagram*

11.     I recognized the growing power of social media and, at the recommendation of my good friend Cassidy Willingham, I opened my Personal Instagram in April 2012 with the handle @misshayleypaige. I opened my Personal Instagram as a "personal" account.[3]

12.     The first three posts I made on my Personal Instagram were: (1) a photo that I took of the New York Skyline, (2) a photo I took of bridal belts that I made while working at Priscilla of Boston, and (3) my favorite quote from Steve Jobs.

---

[2]   In addition to my Personal Instagram, I did open another personal Instagram account dedicated to my dog Winnie (@misswinniepaige).  I also jointly run an Instagram account with my fiancé, Conrad Lewis Clevlen, which is dedicated to our All That Glitters podcast (@allthatglittersonthegram). These were never intended to be my primary personal accounts. I also preemptively created an Instagram handle to possibly use after I get married (@mrshayleyclevlen), but I have not used this account and it has less than 100 followers.

[3]   In August 2018, I temporarily switched my Personal Instagram to a "business account" as an experiment related to the number of direct messages ("DMs") I was receiving. This was unsuccessful and made my Personal Instagram look too "business" and I changed the status back to a "personal" account a few months later.



Exhibit 1 at 1.

13.    The fourth, fifth, and sixth posts that I made to my Personal Instagram were: (1) a photo of my apartment living room, (2) a picture of my best friend, and (3) a photograph that my mom took of me in my work showroom when she came to visit me in New York.



Exhibit 1 at 2.

5

14.     The content I have posted since creating my Personal Instagram has reflected my life, my family, my adventures, and my work. I share some of my most personal life experiences on my Personal Instagram, and also include posts about my childhood and family.   Several representative examples are shown below:



Exhibit 2 at 21.



Exhibit 2 at 23.

15.     I regularly post about my Dog, Winnie:



Exhibit 2 at 10, 15.

7

16.     Over the last two and a half years, I also participated in and posted many "bake-off" challenges with my fiancé. These "bake-offs" are videos of my fiancé and I cooking in our home kitchen. I've included some screen captures from these videos below:



Exhibit 3.

17.     My Instagram posts over the years span all of my interests and activities, including my vacations.



Exhibit 2 at 26.

18.     My posts on my Personal Accounts come directly from me and my heart. It is important to remember that Instagram is not simply about sharing videos and photographs. I also share my written thoughts and feelings with my friends, family, and followers. For example, in a post for Thanksgiving 2019, I wrote:

> Lately I've been scrollin' slower and spendin' more time appreciating people's captions than just their content. I've noticed more honest, heart-full, and purposeful posts, and it feels like a safer place to contribute bonafide realness as opposed to highlight "reel"ness.

> For me, Instagram has been a place to share my creativity and sparkle, but it's also been a place to share a wee little bit of my life and thoughtful moments. I'm continually energized by the reciprocation of light, love, and support from this rather enchanting (and ever-changing) community. I'm grateful to be seen as a designer and a person in this space.

I know there are inevitable times where that comparison fatigue creeps in for any of us, but more often that not, this platform feels like a community for warm engagement and inspiration. I try to focus on hearing the heartbeats behind the comments and direct messages, and I just want to express my acknowledgment/purpose in being as authentic as possible on the other end.

Gratitude allows you to continually fall in the love with the life you have and the people in it. Cheers to the people in my life and the ones I don't even know personally but still feel connected to 🙏 I hope however you spend your Thanksgiving, you feel a little extra love and joy 🦃🤍🍁 #attitudeofgratitude #happythanksgiving #instagram.



Exhibit 2 at 19.

19.    I am so thankful for my parents and the super-heroes they are. I also regularly post in support and admiration of them and all they do for our family.









Exhibit 2 at 6, 7, 11, 15.

20.     I also received thousands of direct messages ("DMs") from my followers. Because of the personal nature of my posts, many of the direct messages I received where also highly personal.  An example is below:



Exhibit 2 at 26.

21.     In addition to the posts above, I have gathered a sampling of about 300 posts over the years that reflect the various types of content I regularly and continuously posted to my Personal Instagram since 2012. *See* Exhibit 1; *see also* Exhibit 8.

22.     As a wedding dress designer, I gained a lot of inspiration from the bridal industry. Indeed, I spend a good part of the last decade immersed in the bridal world. It should come as no surprise that my Personal Instagram reflects this inspiration, as it was a reflection of my life.

23.     I've also posted about products and brands that I like. I have posted Alexander McQueen handbags, Caymus Wine, Smart Water, Nike, and Ritz cracker products, among other things, on my Personal Instagram since 2012.



Exhibit 1 at 13-14.

24.     Instagram often verifies certain accounts of public figures, celebrities, and brands to indicate their authenticity. In January 2017, Instagram verified my Personal Instagram as a "public figure," which is a category reserved for individuals.

I personally undertook the process with Instagram to get my Personal Instagram verified.



Exhibit 4 (Images dated July 31, 2019 and Nov. 27, 2018).

25.    I have invested an extraordinary amount of time in creating unique, personalized content, including for my captions. Approximately 95% of my Personal Instagram content (both feed posts and IG story contents) is either taken/created by me personally or owned by someone other than JLM. I have also posted and drafted unique captions for nearly all feed posts on my Personal Instagram—all 5,859 posts prior to December 16, 2020. Some of my highest performing content in metrics have been from thoughtful and more vulnerable captions, including on mental health awareness day. For example, the posts below received about 30,000 and 63,000 likes, respectively.



Exhibit 2 at 24-25.



Exhibit at 16.

26.     I have made a deep commitment to my Personal Accounts and followers,

which I have devoted countless hours and late nights to, in addition to my day job as

a wedding designer. This commitment to content creation and engagement has been one of the biggest contributors to the growth of my Personal Instagram over the last eight years. On average, I answer anywhere from 150-200 direct messages per day—approximately 170,000 over the eight years since starting my Personal Instagram. While I have occasionally had help responding to direct messages, I have personally responded to the overwhelming majority of them.

27.     People often "tag" my Instagram Account in their posts. I like and comment on nearly every photo that my account is tagged in (around 150 images a day). I make an extra effort to regularly respond via voice message to many of my brides and fans to ensure that they know it is me—Hayley Paige—responding and not an automated business response.

28.     More than half of my direct messages are personally related to me and my lifestyle. Some of my most asked questions relate to how I became a designer, styling tips, recovering from my divorce, finding love again, and my workout routines. I am also an advocate of responding to comments within my Personal Instagram posts, or at a minimum "hearting" comments.



Exhibit 6.

29.     The content posted on my Personal Instagram generally falls into four categories: Feed Posts, Stories, Highlights, and Reels. The vast majority of my Feed Posts, Stories, Highlights, and Reels are personal content. Even when I post about my work (which is a big part of who I am), that is still a personal post. My feed posts are generally described above and consisted of about 75% non-bridal or uniquely creative content. On average, I posted around 220 Stories a month with approximately 60% being non-bridal related. There are currently twenty-three Highlights on my Personal Instagram profile page, ten of which are non-bridal. I also created twenty-seven Reels, eleven of which are of me or are videos filmed by me.

30.     Over the last eight years, my Personal Instagram has grown organically with my largest growth spikes coming from sharing my most personal moments. For

example, my Personal Instagram's largest growth spike came after publicly sharing my wedding in July 2015, after which I reached 100,000 followers in September 15, 2015. By March 10, 2016 my Personal Instagram had grown to over 230,000 followers after my wedding had aired on an episode of Say Yes to the Dress. The most "liked" posts on my Personal Instagram were my personal content, with the highest "likes" going to my 2019 engagement photos, which had 65,000 and 162,000 "likes" respectively. My personal photos often received upwards of four or five times more likes than any of my bridal-related photos. My top engagement posts are below:



Exhibit 2 at 16.

31.     My non-bridal posts—for example, a photo of me in snowboard gear on vacation—are some of the most popular posts on my Personal Instagram. These posts often receive from 60,000 to over 100,000 likes each and are the foundation of what

makes my Personal Instagram so successful. An example of my Stories with the highest number of impressions are shown below:



Exhibit 7.

32.    I also gained substantial growth from cross-promotion and tagging from celebrities and influential people I know including Kaitlyn Bristowe, Lauren Luyendyk, Chris Pratt, Sabrina Bryan, and Jay Glazer—personal friends of mine. In early 2017, my Personal Instagram reached over one million followers. Shortly thereafter, I posted a video of me and my fiancé, which was my most-viewed video with over 413,000 views.



Exhibit 2 at 21.

33.     Because I share a lot of the very personal aspects of my life on my Personal Instagram, there are also some painful moments that I have shared with my followers. Over the last eight years, I regularly deleted and/or archived some of the posts that used to bring joy but now bring pain, including over 100 photos of my first wedding.

### *My Pinterest Account*

34.     I started my Pinterest Account on November 3, 2011, under the name "Miss Hayley Paige." Like my Personal Instagram, the Pinterest was started by me for my own solely personal reasons. No one ever asked or otherwise instructed me to

open my Pinterest Account. I regularly "pinned" images that inspired all aspects of my life, including travel, architecture, color, design, food, and, of course, bridal design. For example, below are exemplary screen captures from my personal Pinterest page.



Exhibit 9 at 3, 6.

### *My Tik Tok Account*

35.     I started my TikTok Account in November 2019, under the name @misshayleypaige. The TikTok was started by me for my own solely personal reasons. No one ever asked or otherwise instructed me to open my TikTok Account.

36.     My TikTok Account also reflects a very fun and personal side of my life. A large amount of my TikTok Account content related to various parts of my life, including my dog, my fiancé, snowboarding, working out, dancing and redecorating my apartment. The first video I posted on my TikTok Account was of me dressed as Shania Twain for Halloween dancing with my dog. Below are some screen captures of the content posted on my TikTok Account.



Exhibit 10.

III.    **MY EMPLOYMENT WITH JLM**

    A.    **Background with JLM**

37.    As a 25-year-old, on or about May 12, 2011, I met with Joe Murphy, the CEO of JLM, for the first time to discuss my potential employment with JLM. As part of the interview process, Mr. Murphy gave me a test project that included putting concept sketches together. Mr. Murphy was extremely impressed with my presentation that included a business model for my concept, including a thorough explanation of development through production, branding ideas, and suggested retail cost. JLM moved forward with employing me as a lead bridal designer and requesting that my name be the title of the bridal collection.

38.    I disagree with the statements in Paragraph 5 of Mr. Murphy's declaration. While I agree that Mr. Murphy and JLM provided me an opportunity that I am grateful for, I also brought my own value and experience to the table, including the fact that I brought in Gladys Cordova, who is now JLM's lead pattern maker.

39.    On July 13, 2011, I signed an Employment Agreement with JLM ("2011 Agreement"), which is attached hereto as Exhibit 11.

40.    Pursuant to the 2011 Agreement, JLM employed me as "a designer of brides, bridesmaids, evening wear and related apparel to be manufactured and sold by [JLM]." Exhibit 11 at 1.

41.    On August 1, 2011, I began my employment with JLM as a head designer for the Blush by Jim Hjelm collection. In the 2011 Agreement, I agreed to allow JLM to use my name in connection with bridal dresses and accessories that I

created. Exhibit 11 at 7 (emphasis added). I launched a collection in my name in October 2011.

42.     During my employment with JLM, I served as the head designer for the following collections:

- Hayley Paige (bridal collection)

- Blush by Hayley Paige (bridal collection)

- Hayley Paige Occasions (bridesmaids collection)

- La Petite Hayley Paige (flower girl collection)

- Hayley Paige Plus Size initiative (a style and size extension to both the Hayley Paige and Blush by Hayley Paige bridal collections)

- Hayley Paige x BHLDN (capsule bridal and cocktail collection)

- Kleinfeld Exclusive Collection (micro collection of high end gowns)

- Hayley Paige veils

- Hayley Paige Red Carpet

- Jim Hjelm by Hayley Paige

- PopUpPaige.com (website site that sells my hand signed sketches)

- Hayley Paige Athleisure Collection

- Hayley Paige for Hearts on Fire

43.     My duties as a JLM employee included designing "brides and bridesmaid dresses" and "designing evening wear and related apparel for the Company." In addition to my direct designer duties, my 2011 Agreement also stated that:

> "[I] shall perform such other duties and services commensurate with [my] position as a designer for the Company, as may be assigned to [me] by an officer of the Company, including, but not limited to, traveling to trunk shows, traveling to China or elsewhere abroad to assist in or supervise manufacturing of the Products, assisting with advertising programs, and designing bridal, bridesmaids, evening wear and related apparel to be solder under the Jim Hjelm or JLM Couture label."

Exhibit 11 at 2.

44.     On August 1, 2014, I executed a supplemental employment agreement with JLM ("2014 Amendment"), which is attached hereto as Exhibit 12. The 2014 Amendment largely mirrored the 2011 Agreement, except for providing me additional compensation for the substantial increase in sales and large number of additional design projects and responsibility I had taken on since entering into the 2011 Agreement, which included logo design for JLM Couture and head designer for Jim Hjelm Occasions (which later became Hayley Paige Occasions).

45.     During my employment as a designer with JLM, I regularly participated in assisting with the advertising activities typical of a wedding dress designer. For example, I designed and directed the execution of Lookbook and ad campaign images for each of my collections; creatively directed bi-annual runway shows for my collections; consistently attended between ten to twenty trunk shows each year in person; and participated in countless interviews

46.     I am not, and never have been, in breach of any of my employment duties and I find such a contention extremely offensive given my long-time and dedicated commitment to promoting JLM and its products.

25

**B.    JLM's 2019 Proposed Agreement**

47.    On or around February 12, 2019, I received a letter from JLM electing to extend my 2014 Agreement for three years to August 1, 2022 ("2019 Extension"). Exhibit 13. Following the 2019 Extension, Mr. Murphy and I engaged in discussions relating to the negotiation of a new, less one-sided employment agreement. Since my 2014 Amendment, I had taken on multiple product lines including by not limited to: Hayley Paige Occasions, Hayley Paige Red Carpet, La Petite Hayley Paige, Hayley Paige Plus Size initiative, Hayley Paige Athleisure Collection, Hayley Paige Veils, Hayley Paige products for popuppaige.com ecommerce site, Hayley Paige for Hearts on Fire jewelry collection, Hayley Paige x BHLDN capsule collection, and Kleinfeld Exclusive collection featured for Say Yes to the Dress. I was initially optimistic that I could negotiate a fairer agreement with JLM. However, Mr. Murphy continued to aggressively press me to accept even more responsibilities and surrender even more of my personal and creative rights.

48.    For example, on or about July 2019, Mr. Murphy sent me a proposed employment agreement ("2019 Proposal"). Exhibit 14. The 2019 Proposal focused largely around JLM requiring me to take on even more duties and responsibilities, including outside of bridal, even though I already had an extremely full plate. The 2019 Proposal sought to expand my duties and JLM's license far beyond my 2011 Agreement and 2014 Amendment.

49.    The 2019 Proposal was also inconsistent with our discussions leading up to the proposal, in that it would allow JLM to control more of my business endeavors well outside the specialty of bridal business manufacturing.

50.    In addition, the 2019 Proposal, for the first time, included a list of promotional and marketing responsibilities beyond the scope of my 2011 Agreement and 2014 Amendment. For example, the 2019 Proposal stated that my "Additional Duties include, but are not limited to, appearances as a personality on television, radio, as a speaker, **social media monetized opportunities** such as YouTube advertising, **Instagram** and any and promotional opportunities not currently known. . . ." Exhibit 14, § 3(d) (emphasis added). The 2019 Proposal also had additional language that would have required "participating in, creating and/or promoting marketing content for the Products." Exhibit 14, § 2.

51.    It was clear that JLM wished to impose additional responsibilities on me relating to Instagram and social media, which were well beyond the scope of my responsibilities as a wedding dress designer and the terms of my employment with JLM. Realizing JLM's and Mr. Murphy's true motivations, I decided to focus on amicably separating myself from JLM if we could not reach a reasonable agreement.

52.    On July 13, 2019, I again reiterating my request for a fairer agreement, considering the substantial commitment, contribution, involvement, care, and value that I continued to provide JLM. *See* Exhibit 15.

53.    On September 13, 2019, I sent Mr. Murphy an email expressing concern over our ongoing contract negotiations. Exhibit 16 at 3. I expressed the need for "clear parameters" in any new agreement and my concern over Mr. Murphy's 2019 Proposal not providing "much clarity with what I can pursue and what percentages I am legally required to give JLM (***especially with regards to my persona/Hayley Paige the***

*person*).” *Id.* (emphasis added). In this email, I also informed Mr. Murphy that I would be retaining counsel to assist with the negotiations. *Id.*

54.     On September 15, 2019, Mr. Murphy responded and assured me that:

> "***As far as [your] personal investment (regarding JLM) it really is only related to Hayley Paige wedding gowns and related categories***. When it comes to other ventures that appear to be opportunities outside of what is covered in our agreement, I only want to be involved if you want me to be. Of course, I trust these efforts will not dilute your attention to our bridal and related business. Regarding your persona, I hope you recognize that I immediately saw your "specialness" and wanted to make it known to the world at a very early stage, and pushed for that to happen fast. In addition, I worked to disentangle you from a very dysfunctional production relationship at great effort and expense. ***But rest assured, I do not claim access to your persona beyond what I describe above***.

Exhibit 16 at 1-2 (emphasis added).

55.     Mr. Murphy's statement confirmed my understanding that neither he nor JLM intended to claim rights to my persona (i.e., use of my name) outside of the bridal gowns and other JLM bridal-related product lines. It was always my understanding that JLM's rights to use "Hayley Paige" are limited, as Mr. Murphy admitted, "to Hayley Paige wedding gowns and related categories."

56.     Over the next several months, my negotiations with Mr. Murphy remained unsuccessful. On or around May 2020, Mr. Murphy began to escalate his demands and, despite his prior statements and representations, started claiming expanded ownership over my persona and my personal Instagram account @misshayleypaige (my "Personal Instagram"), beyond what was set forth in the 2011 Agreement and 2014 Amendment. This is the first time in the nine years I worked for JLM that anyone expressed a claim of ownership over my persona or any of my

Personal Accounts. I understood this to be an overstep from the rights set forth in the 2011 Agreement and 2014 Agreement—neither of which provide JLM limitless rights to my persona nor even mention social media. Accordingly, on June 3, 2020, I responded to Mr. Murphy and made it clear that "I cannot accept you or JLM making a claim to my personal Instagram account and general persona." Exhibit 17.

57.     On October 12, 2020—three months after my counsel's email to JLM—I received a letter riddled with false claims from JLM's litigation counsel. Exhibit 18. In the letter, JLM threatened me with litigation. JLM accused me of breaching the 2011 Agreement and 2014 Amendment, stated that they owned my Personal Instagram, and that I did not have JLM's consent to use the handle "@misshayleypaige"—the handle I have used since 2004. JLM had never objected to my use of that handle or tried to suggest that I somehow needed JLM's consent to use it. JLM also took issue with my posting of third-party products (from Chosen Foods) on my Personal Instagram page. But, I had been posting third-party products on my Instagram for nearly a decade without any complaint from JLM.

58.     On October 24-25, 2020, I attended a bridal trunk show at Kleinfeld Bridal in New York. I invited Mr. Murphy to meet me at the trunk show to discuss our ongoing negotiations and current deadlock. Mr. Murphy was condescending, stating that he was a "father figure" to me, that "I will only be good at bridal," that "I need him" to be successful, and he disparaged my fiancé as "bad for business." Repeatedly during our conversation, Mr. Murphy stated, "Hayley, I have a lot of money, ok." Our conversation also continued the next day, during which I reminded

Mr. Murphy that my Personal Instagram was my personal account that I personally opened without JLM's assistance, direction, control, or contractual obligation. At the end of our meeting, I indicated to Mr. Murphy that I would continue posting and promoting my work on my Personal Instagram, which I had been doing on my own accord since I opened the account, so long as Mr. Murphy withdrew the threat of a lawsuit. Mr. Murphy represented to me that he would not sue me.

59.     Despite Mr. Murphy's representations, litigation threats increased. And for the next six weeks, Mr. Murphy's counsel ignored emails, texts, and phone calls requesting that the parties mediate or otherwise attempt to resolve their differences.

60.     On December 15, 2020, JLM sued me and sought a temporary restraining order giving JLM control of my Personal Instagram, among other things.

61.     Due to the hostile nature of my working environment, the constant threats and legal harassment, and JLM's various baseless legal claims against me, it became impossible to continue working at JLM.  Therefore, I resigned from JLM on December 17, 2020.

## IV.    JLM's CLAIMS IN THIS LAWSUIT

### A.     JLM's Claim to Ownership Over My Personal Accounts

62.     It is my understanding that JLM claims that it owns my Personal Instagram, Pinterest, and TikTok accounts. In my opinion, JLM seeks ownership of these three accounts because they have the greatest number of followers and value. JLM has made no claim of ownership over my personal Facebook, Twitter, LinkedIn, Snapchat, or Spotify accounts even though the user name and/or handles are also "Miss Hayley Paige" or "@misshayleypaige."

63.     Prior to the entry of the TRO, I had amassed over 1.1 million followers on my Personal Instagram because of, what I believe to be, the dedication, care, and cultivation of relationships that I personally invested in my Personal Instagram. I have always prioritized being a human first on social media and engaging with people on personal matters outside of my work with JLM. This is a right that I have exercised and something that I never believed would be taken away from me. I chose to use my Personal Instagram, at times, to promote the dresses I designed because I had my own vested interest in authentically and ethically sharing my work that I was so passionate about. I was never directed or obligated by JLM to do so. I have brought tremendous value to the JLM business through my personal efforts, even outside of my work responsibilities. To now have JLM attempt to exploit the good will and the community I established by sharing my life and personality thousands of times with my Instagram followers, by falsely claiming it owns my Personal Account, is unconscionable.

64.     Until entry of the TRO, JLM has never had access or the ability to post to my Personal Instagram or any of my other Personal Accounts without my approval. Similarly, until entry of the TRO, JLM has never had any control over what content was posted, the frequency of posting, or who has access to my Personal Instagram or any of my other Personal Accounts. No one at JLM assigned or instructed me to open my Personal Instagram or other Personal Accounts and it was not commensurate with my employment as a designer to do so. I simply created my Personal Accounts

just like millions of other people have. These have simply been my personal accounts since their creation.

65.     JLM employees understood that my Personal Accounts, including my Personal Instagram were my ***personal*** accounts and regularly referred to them as such. For example, in May 2019, one of JLM's customer service representatives Jess Priestley, communicated with a JLM client regarding posting her wedding images to the JLM business social media pages, which JLM agreed to do. However, when the customer inquired about having her images posted to my Personal Instagram, the JLM representative correctly responded that **"*Hayley's Instagram is also her own personal account, I don't really have any control over what gets posted.*"**

From: Jess Priestley <jess@jlmeurope.com<mailto:jess@jlmeurope.com>>
Sent: Wednesday, May 22, 2019 12:06 PM
█████████████████████████████
Subject: RE: Complaint about wedding dress

Hi Bex,

Lovely to hear from you – of course we don't mind you getting in touch!

I'm pleased that your images were posted on the JLM account, they really were lovely! Unfortunately, as Hayley's Instagram is also her own personal account, I don't really have any control over what gets posted. I will of course pass your message on to her team, but as I am sure you can imagine she receives hundreds of submissions and messages so it is not always possible to post everyone (this is why we try to post as many as possible on the JLM accounts 😊) and there can be a delay in replying to messages.

Hope married life is treating you well, and you are enjoying this beautiful weather! Let me know if there is anything else I can do.


Kind Regards

Jess Priestley

Customer Services
JLM Europe Ltd.

Exhibit 19 at 1 (emphasis added).

66.     When inquiring into this customer's request further, JLM's PR representative Brittany Noe stated that **"*Hayley is super picky about featuring***

**brides on her page.** I can direct [the bride] to submit to our Real Weddings page of [the JLM] website."

From: Brittany Noe <brittany@jlmcinc.com>
Sent: Wednesday, May 22, 2019 12:16 PM
To: Elyse Gilreath <elyse@jlmcinc.com>; Lisa Radwanski <lisa@jlmcinc.com>
Subject: RE: Complaint about wedding dress

I can look into...Hayley is super picky about featuring brides on her page. I can direct her to submit to our Real Weddings page of website.

Exhibit 19 at 1.

67.    As another example, in September 2016, JLM's Public Relations representative Melissa Deane referred to the account as **"Hayley's Instagram."**

Hi Beth,

We are in LOVE with the shoot you did!!! I saw the video on Hayley's Instagram and WOW!!! Such a breathtaking shoot. BRIDES UK (biggest magazine in the UK) reached out saying they also saw it on Hayley's Instagram and loved it! They are looking to get the video so they can post on their social media.

Exhibit 20 at 3.

68.    It was well understood within and outside of JLM that my Personal Instagram was my own personal account—not a JLM business account.

69.    Despite JLM's lack of control over my Personal Accounts, I did post bridal-related content to my Personal Instagram and my other Personal Accounts. However, very little of the content that I posted was JLM-owned. I made these posts because I wanted to—not because I was instructed to do so. I loved being a bridal designer and I was personally and financially invested in the success of my brands. I also wanted to share my designs with brides all over the world, however, I did so at my own discretion.

70.     On a very limited number of occasions, for limited periods of time, and for limited purposes, I provided a few JLM employees with access to my Personal Instagram to assist with posting certain content I had approved. I was very busy with my JLM work duties and it was helpful to have someone assist with posting content that I had approved, boosting certain posts, and responding to certain direct messages. JLM and I did this because it was mutually beneficial for me to promote my work to my followers. But, I always double checked who was accessing the account and confirmed that I had authorized them to do so. *See* Exhibit 21 (showing login attempt notifications). I also regularly changed my passwords to make sure unauthorized users were not accessing my Personal Instagram. *See* Exhibit 22 (making light of my odd password because I have to change it so often).

71.     No one could access my Personal Accounts without my permission. *See* Exhibit 23 (requesting my permission to access my Pinterest account); Exhibit 24 at 1 (requesting permission to access "Hayley's verified account"). If anyone at JLM wanted me to post something on my account, they would have to ask, and doing so was always my choice. *See* Exhibit 25 (Brittany Noe stating, "I don't know [Hayley's] password, so she'd have to take it down, edit and put back up"); *see also* Exhibit 26. Simply put, JLM and its employees knew—and know—that my Instagram Account is "Hayley's Instagram." *See* Exhibit 27 at 3.

72.     Contrary to Ms. Gryazeva's ("Lana") statement, there has never been a period during my Personal Instagram's eight-year life that I posted only "wedding gowns all the time." Gryazeva Decl. ¶ 13. Similarly, Ms. Noe's statement that "[w]hen

34

I started working at JLM, there were no personal photos of Hayley on the @misshayleypaige Instagram Account that I recall," is simply demonstrably false. Noe Decl. ¶ 10. Here are several examples that are dated prior to February 2017, when Ms. Noe started at JLM:



Exhibit 2 at 5, 7-8.

73.     After having no influence or control over my Personal Instagram posts for eight years, I understand that JLM recently took issue with *four* recent influencer posts that I did for a third-party food brand, Chosen Foods. However, I have regularly and consistently posted and promoted third-party content on my Personal Instagram, as discussed above, beginning with the second photo I ever posted of the Priscilla of Boston bridal belts. JLM never had any right to nor expressed any issue with my repeated and consistent posting and promotion of third-party content over the life of my Personal Instagram.

74.     The JLM employees that I recall authorizing to access my Personal Instagram—for a limited time and purpose—include: (1) Brittany Noe, JLM's PR representative and (2) Lisa Radwinski, JLM's Sales Associate. It has been over a year since anyone from or related to JLM has had access to my Personal Instagram.

75.     From approximately February 2017 to November 2019, I occasionally provided Ms. Noe access to my Personal Instagram to assist me with responding to bridal dress-related direct messages from my followers and to post a few pieces of content that I had pre-approved. This was done for a limited purpose. For example, Ms. Noe was authorized to post pre-approved content while I was at the Burning Man festival in 2018 and 2019 without reliable access to WiFi and would not be able to post myself. JLM did not ask, direct, or otherwise suggest that I needed to provide Ms. Noe or anyone else at JLM access to my Personal Instagram at any time. Everything Ms. Noe did with respect to my Personal Instagram was at my direction

and control. *See* Exhibit 28 at 2 (Ms. Noe requesting my approval to "like" and comment on my Personal Instagram).

76.     On February 27, 2017, I gave Ms. Radwinski access to my Personal Instagram to assist with some of the bridal dress direct messages and trunk show correspondence. On August 26, 2019, I changed my Personal Instagram Password and Ms. Radwinski no longer had access, which JLM never took issue with prior to suing me. Lana's suggestion that she or JLM had open access to my Personal Account and password is inaccurate. *See* Gryazeva Decl. ¶ 6. As shown below, on August 25, 2020, I directly told Lana via text that "I don't want anyone in my personal Instagram" and declined to give her access to my Personal Instagram. I also told Lana that it might be a good idea for JLM to start a Hayley Paige brand Instagram just for dresses, future trunk shows, etc.



Exhibit 29.

77.     No one at JLM ever instructed me regarding what emails or websites to list or associate with my Personal Instagram. I regularly included references to various websites on my Personal Instagram, including pr@jlmcinc.com, hayleypaige.com, popuppaige.com, trunk show websites, heartsonfire.com, suggested Apple Podcasts, my Spotify, Bridal stores, wedding related online editorials, blogs, TLC's Say Yes to the Dress, and charities including runwayheroes.com, The Pink Agenda, ASPCA.com, redcross.com, IFAW.com, among others.

78.     On various occasions, JLM employees would ask me to post things on my Personal Instagram and I would decline to do so. On at least one occasion, Mr. Murphy asked me to post content created by Lana, who was his girlfriend at the time. I made it clear early on to Mr. Murphy that Lana's content did not reflect my voice, direction, authenticity, and quality that I had established for my Personal Instagram. After this encounter, Mr. Murphy stopped sending me Lana's videos and content.

79.     From approximately April 2012 to January 2016, my Personal Instagram was linked to my Personal Facebook account (https://www.facebook.com/misshayleypaige/) and content posted on my Personal Instagram would be simultaneously posted on my Personal Facebook account, and vice versa. On or about January 2017, I linked my Personal Instagram to the JLM Facebook business page (https://www.facebook.com/HayleyPaigeBridal) because I was unhappy with JLM's Hayley Paige business Facebook's content and thought more of my personal content would be helpful for the brand. *See* Exhibit 30. JLM did not ask or otherwise instruct me to link my Personal Instagram to JLM's Hayley Paige business Facebook page.

On or about October 2019, I re-linked my Personal Instagram to my Personal Facebook page without any objection from JLM. It is my understanding that JLM has not made any claim of ownership over my personal Facebook page to which my Personal Instagram was linked for about six years.

80.    As shown above, Mr. Murphy's statement that "[u]ntil very recently, in furtherance of JLM's business, and to build the HP Brands, JLM and JLM's employees, including Gutman, operated collaboratively to manage and maintain the JLM HP Social Media Accounts to further JLM's HP Brand" is true as to the JLM business social media accounts, but patently false as to my Personal Accounts. Murphy Decl. ¶ 36. As one example, Lana emailed social media assignments to JLM employees for an October 2016 JLM press show. Exhibit 31. In the email, Lana assigned all JLM's brand social media accounts to JLM employees to update and post during the press show. Because my Personal Instagram and other Personal Accounts are not JLM owned, they were not on Lana's list.

81.    My Personal Instagram and my other Personal Accounts have always been my personal accounts since their creation and to the extent that JLM participated in any way, it was because I approved it. Only once our negotiations over a new employment agreement reached an impasse did JLM express any claim to ownership of my Personal Accounts.

82.    It is also interesting that JLM is also making a claim of ownership over my TikTok Account that I started over a year ago. JLM doesn't have any TikTok accounts for any of its other brands and no one at JLM has ever had access to my

TikTok Account or had any say in what content is posted to the account. And, as noted above, JLM never instructed me to create my TikTok Account.

### B.   Public Perception of my Personal Instagram

83.   My Personal Instagram has always been treated and perceived as my personal account, not a business account. This is evident from the reaction that my followers had when JLM took over my Personal Instagram after entry of the TRO, even though JLM never announced that I had resigned from JLM or that I was no longer in control of my Personal Instagram.

84.   For example, I received thousands of direct messages from my shocked followers on my podcast Instagram account (@allthatglittersonthegram), stating that they knew the @misshayleypaige Instagram was my personal account and instantly recognized when JLM took over my Personal Instagram and began posting.

 



Exhibit 32.

85.    JLM has now turned off the ability for users to comment on my Personal

Instagram posts. However, prior to JLM doing so, my followers also posted thousands

of comments on my Personal Instagram. These comments revealed that my followers

had always perceived and known that my Personal Instagram was a personal account

and that the character of the account had changed after JLM took over. A sample of

comments that I was able to capture before JLM disabled comments, is shown below

and attached as Exhibit 33:



**Comments**

ladiediana JLM should be ASHAMED of themselves for stripping Hayley Paige of her own NAME #boycottJLM They don't represent the REAL Hayley Paige
2h  46 likes  Reply

Reply to ladiediana...

moelleux_events Obsessed with this!!!
🐝🐝🐝 My two favs, beyonce and you!
22h  2 likes  Reply

simplytroy Give HAYLEY PAIGE her name back!!
28m  9 likes  Reply

jw.pickens This account was stolen from her. Go follow @allthatglittersonthegram for the story!
48m  6 likes  Reply

shannonigans_jgd THIS ACOUNT IS NO LONGER OUR HAYLEY! GO TO @allthatglittersonthegram #givehayleypaigehernameback
3m  Reply

thewhiteflower We love the pattern of

---

**Comments**

hannahchanin THIS IS NOT AN HP PIC! stop stealing her brand!
2h  19 likes  Reply

mommymaddy42 I knew this didn't look like something Hayley would post. #unfollow
2h  14 likes  Reply

kailanicole_ His is nc longer Hayley Paige . Follow her new personal account all that glitter for the details. It's so sad a company would do this to her
1h  10 likes  Reply

victoria_marie4 #givehayleypaigehernameback
2h  13 likes  Reply

brittany_laird #givehayleypaigehernameback
2h  7 likes  Reply

katelain12 #givehayleypaigehernameback
46m  5 likes  Reply

jennifercatherinew Absolutely disgusted with JLM Couture for taking complete

---

**Comments**

shannonigans_jgd THIS ACOUNT IS NO LONGER OUR HAYLEY! GO TO @allthatglittersonthegram #givehayleypaigehernameback
3m  Reply

karlenflutegirl98 Hayley's control of this account has been ripped away from her. Don't interact! 😢
2h  33 likes  Reply

hannahchanin THIS IS NOT AN HP PIC! stop stealing her brand!
2h  19 likes  Reply

mommymaddy42 I knew this didn't look like something Hayley would post. #unfollow
2h  14 likes  Reply

kailanicole_ His is nc longer Hayley Paige . Follow her new personal account all that glitter for the details. It's so sad a company would do this to her
1h  10 likes  Reply

victoria_marie4 #givehayleypaigehernameback
2h  13 likes  Reply

---

**Comments**

liannaavery Hayley is no longer in charge of her own account.#givehayleypaigehernameback
20m  2 likes  Reply

pozzi_deborah @nadialocateli @lisatraina 👯
2d  1 like  Reply

heatherrrcunningham We want Hayley back!!!
30m  1 like  Reply

aimcool13 @robertsshalane @swindel02
2d  1 like  Reply

theamandabooth @sarahmartin.3 @alissawhitt27 MOH squad💕
1d  1 like  Reply

consuelo_alicia Give her instragram back.
56m  1 like  Reply

sara_bou_akar @x_maritasarkis
2d  1 like  Reply

---

**Comments**

2d  1 like  Reply

mmarmion211 They stole this instagram account.
28m  1 like  Reply

suzanne.joy Give HP her name back
30m  1 like  Reply

mrstperrone @mariadelguidice
2d  1 like  Reply

mrstperrone @mariaconcetta_d
2d  1 like  Reply

jkinfordbeautygroup We stand w Hayley.
27m  1 like  Reply

nachowife82 GIVE HER BACK HER PAGE
36m  1 like  Reply

karavanvoorst Hayley's account was taken over by the disgusting @jlm_couture 😡 UNFOLLOW because designers deserve better.
31m  2 likes  Reply

---

**Comments**

simplytroy Give HAYLEY PAIGE her name back!!
2h  46 likes  Reply

— View 1 reply

ladida_laurag Shame on you @jlm_couture!!! This is not your account and you shouldn't be fake posting and responding. I have loved following Hayley for years because of her. She's a human being who is loving, kind, funny and REAL! Something we desperately neec more of on IG. If I wanted to follow a product page I would follow your brand page. Be human and give this other human being back her account. I miss seeing her on here!!!!!!
1h  7 likes  Reply

— View 1 reply

shannonigans_jgd THIS ACOUNT IS NO LONGER OUR HAYLEY! GO TO @allthatglittersonthegram #givehayleypaigehernameback
2h  4 likes  Reply

melissajtest UNFOLLOWING So sad that @jlm_couture would value THE  million followers as a marketing tool over the amazing woman and their top designer



Exhibit 33 at 1-3.

86.     It is clear to me from the comments my Personal Instagram posts that my followers did not consider my Personal Instagram to be a JLM business account. My followers instantly recognized when JLM took over and started posting content that did not match the character of my Personal Instagram account and were furious to learn that JLM was posting to my Personal Instagram without first notifying my followers that it was no longer me posting. Just as I have always believed my Personal Instagram to be my personal account, so did my 1.1 million followers.

### C.     JLM's Business Social Media Accounts

87.     I recall that, prior to me joining JLM as a designer, JLM did not have any Instagram or Pinterest accounts, and only had a Facebook account. Sometime after I joined JLM in 2012, JLM created and maintained numerous business-related social media accounts. These included Hayley Paige brand-related accounts as well

as other JLM-related brand and business accounts. JLM's Hayley Paige brand Instagram accounts ("JLM-HP Brand Instagram Accounts") include:

- @lapetitehaypleypaige Instagram Account (11,700 followers)

- @blushbyhayleypaige Instagram Account (204,000 followers)

- @hayleypaigeoccasions Instagram Account (108,000 followers)

- @holymatrimoji Instagram Account (4,499 followers)

- @jim_hjelm (Jim Hjelm by Hayley Paige) (48,500 followers)

88.    JLM has business Facebook accounts for "Hayley Paige Bridal," "Blush by Hayley Paige," "Hayley Paige Occasions," "La Petite Hayley Paige," and "Holy Matrimoji." JLM also has its own "Hayley Paige Bridal" YouTube Channel (collectively, "JLM Brand Social Media Accounts"). *See* Exhibits 35-39. JLM also has a corporate Pinterest page for the Hayley Paige brands. *See* Exhibit 42. And JLM's main corporate Instagram account is @jlm_couture. *See* Exhibit 43.

89.    I recall discussing social media with JLM prior to their widespread adoption and I encouraged JLM to create brand Instagram accounts for its collections. I regularly had conversations with Elyse Gilreath, JLM's Sales Director for JLM's Hayley Paige and Blush by Hayley Paige collections, about JLM needing to open brand-oriented accounts. I also suggested that JLM should hire a social media manager to handle JLM's social media efforts. JLM ultimately hired Elyse as a social media manager.

90.    On March 23, 2016, Elyse specifically asked Lisa Radwinski, JLM's sales assistant, to assist in setting up a brand Instagram account for Blush by Hayley

Paige. Exhibit 34. Elyse also repeatedly asked and encouraged Mr. Murphy to open a Hayley Paige brand-focused Instagram account just as they had done for Facebook, to which Mr. Murphy consistently declined. On other occasions, I also suggested that JLM create a Hayley Paige Bridal Instagram, like they had done for Facebook.

91.     The JLM Brand Instagram Accounts are traditional brand Instagram accounts and are dedicated exclusively to bridal-related content. None of the JLM Brand Instagram Accounts have been verified by Instagram, except for JLM's main Instagram account @jlm_couture. Even so, JLM's @jlm_couture account was not verified as a "Public Figure." The content in the JLM Brand Instagram Accounts is starkly different from that of my Personal Instagram. Instead of personal and un-touched photographs, the JLM Brand Instagram Accounts are made up primarily of formal JLM-created Lookbook and ad campaign content.

92.     In stark contrast to the first three posts on my Personal Instagram, the first three posts on JLM's @blushbyhayleypaige Instagram on April 11, 2016, were Lookbook images of bridal dresses from the Blush by Hayley Paige collection:



Exhibit 35 at 4.

93.     JLM's @blushbyhayleypaige Instagram was dedicated to bridal. Below is a representative set of posts from 2017 to the @blushbyhayleypaige Instagram.



Exhibit 35 at 3.

94.     JLM's @lapetitehaypleypaige Instagram was also dedicated to bridal-related content, with few, if any, exceptions. And like JLM's @blushbyhayleypaige account the first three posts from October 2017, were bridal-related images.



Exhibit 36 at 4.

95.    The @lapetitehaypleypaige Instagram was also dedicated to bridal (e.g., flower girl dresses). Below is a representative set of posts from 2017 to the @lapetitehaypleypa Instagram.



Exhibit 36 at 3.

96.    The @hayleypaigeoccasions Instagram was also dedicated to bridal content (e.g., the Hayley Paige Occasions collection). Again, JLM's first three posts on August 12-14, 2014 were exclusively bridal-related and characteristic of a brand Instagram page.



Exhibit 37 at 4.

97.    Below is a representative set of JLM's posts in 2017 to the @blushbyhayleypaige Instagram.



Exhibit 37 at 3.

98.    JLM's @holymatrimoji Instagram is related to the JLM-owned Holymatrimoji App. Like JLM's other business Instagram accounts, the @holymatrimoji Instagram account is clearly a business account dedicated exclusively to app-related content. Below are exemplary posts from the @holymatrimoji account in 2017.



Exhibit 38 at 2.

99.    JLM's @jim_hjelm Instagram was also dedicated exclusively to bridal (e.g., the Jim Hjelm by Hayley Paige collection). Again, JLM's first three posts on November 20-21, 2013 are exclusively bridal-related and characteristic of a brand Instagram page.

  

Exhibit 39 at 4.

100.    Below is a representative set of JLM's posts in 2017 to the @jim_hjelm Instagram.



Exhibit 39 at 3.

101.   Contrary to JLM's claim, the @jlm_couture Instagram Account has always been JLM's "main" Instagram Account, and is linked in JLM's PR email signature blocks. As shown below, even JLM's @jlm_couture is clearly a corporate account dedicated exclusively to bridal.



Exhibit 43.

102.   Also telling, is the fact that each of the JLM-HP Brand Instagram Accounts have a brand-related JLM profile photo while my Personal Instagram profile photo has always been a picture of me.



Exhibit 40.

103.   Anyone reviewing the content of the JLM Brand Instagram Accounts will instantly realize that they are business, not personal, Instagram accounts. JLM

almost exclusively used JLM-generated content (touched-up Lookbook and ad campaign content) for its JLM Instagram Accounts, which JLM also made available to the public on its website. JLM also encouraged bridal stores to use and disseminate this same content in their marketing efforts. While useful for stores and ad campaigns, this "perfect" ad-type content is part of the reason why the JLM Instagram Accounts have 1/10th of the following that my Personal Instagram has. While beautiful, this content lacks any semblance of a personal connection and is not conducive to large account growth.

104.   JLM also has a Hayley Paige brand Pinterest page dedicated exclusively to bridal. Anyone reviewing the page can tell it is a corporate account. Below are some images from JLM's Hayley Paige brand Pinterest account.



Exhibit 42 at 6.

105.   ████████████████████████████████████

████████████████████████████████████

Exhibit 55 to Murphy Decl. ████████████████████████████████

███████████████████████████████. Based on my understanding, the majority of JLM's annual social media expenditures were not on my Personal Instagram. Instead, JLM devoted a large portion of its expenditures into the JLM brand accounts that were not growing as quickly or gaining the visibility that my Personal Instagram was. I also understand that to the extent JLM did expend any resources "boosting" posts on my Personal Instagram, that would have only occurred during the brief two-year window between 2017 and 2019 when I provided JLM access to my Personal Instagram. It is my understanding that all other expenditures made by JLM were on Facebook ads and promotion for the JLM Brand Instagram Accounts.

106.    After entry of the TRO and without my consent, JLM took control of my Personal Instagram and had the verification changed to "Clothing (Brand)" and changed my bio to state "House of Hayley Paige." This is the first time in eight years that my Personal Instagram has been characterized as a "brand."



Exhibit 5 (Image dated January 5, 2021).

107.   JLM's contention that I only recently changed the bio description in my Personal Instagram to "Personal & Creative" is false. I regularly changed my Personal Instagram bio. In early 2019, my Personal Instagram bio said, "Personal & Creative." JLM never raised any issue with the various bio designations on my Personal Instagram prior to this lawsuit.



Exhibit 5 (Image dated February 22, 2020).

## V.   JLM'S DAMAGE TO MY PERSONAL ACCOUNTS

108.   I regularly refer to online resources that track social media statistics and analytics to better understand my Personal Instagram metrics. One of the sources I regularly refer to is Social Blade (https://socialblade.com/).

109.   Since entry of the TRO and since JLM took total control, my Personal Instagram metrics, as shown on Social Blade, have begun to suffer negative and detrimental changes. For example, since JLM took over, my Personal Instagram has lost almost 20,000 followers.





Exhibit 41.

110.    This is the steepest decline in followers my Personal Instagram has ever experienced.

111.    While a 20,000 loss of followers may not seem catastrophic given the volume of followers that remain, the decline appears to be continuing at a pace of about 500-1,000 followers per day. Exhibit 41. If this trend continues, the cumulative impact on my Personal Instagram will be significant and create a devaluing trend to my account.

112.    I understand that JLM is taking the position that the rapid loss of followers on my Personal Instagram is due to a statement that I released on my podcast Instagram account (@allthatglittersonthegram). I adamantly disagree. After

entry of the TRO, JLM took control of my Personal Instagram account and continued posting without disclosing to my followers what had happened or that I was no longer the one posting to the account. I have always valued honesty and authenticity and it was unfair for JLM to mislead my followers and others in the industry into believing that I was still posting or otherwise associated with my Personal Instagram or JLM. To correct any confusion, I released a statement on my podcast Instagram account informing my followers of the TRO and that JLM had taken over my Personal Instagram and that I was no longer the one posting or responding to direct messages. It is apparent from the direct messages and comments on my Personal Instagram above, that my followers were outraged not because I told them to be, but because JLM had misled them. JLM continued posting on my Personal Instagram without informing my followers that I was no longer associated with the account.

113.    As evidenced by the follower comments and metrics, JLM's continued exercise of control over my Personal Instagram is causing severe damage to and devaluing my Personal Instagram. Unless my Personal Instagram is immediately returned to my control, I have no doubt its value and followers will continue to diminish. If JLM continues to exercise control and treat my Personal Instagram as a business account, which it is not, I have no doubt it will diminish to 1/10th of its value—on par with all of the JLM-HP Brand Instagram Accounts.

114.    Considering all the above, I ask for the return of my Personal Accounts that I, like millions of people around the world, created on my own accord and poured my love, life, and laughter into for years. My Personal Accounts gave my voice a

platform and brought me, and many others, so much joy. I enjoyed using my platform to share my bridal creations during my time with JLM, but that time has come to an end. I ask now that JLM return what is, and always has been, mine.

115.   To aid the Court and those reading this declaration, I have included a description of each of the exhibits that I cited above in the attached Appendix A, which is incorporated by reference.

116.   I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that all statements made of my own knowledge are true and that all statements made on information and belief are believed to be true. I understand that willful false statements are punishable by fine or imprisonment or both. *See* 18 U.S.C. § 1001.


Date: January 12, 2021                    Respectfully submitted,



                                          _____
                                          Hayley Paige Gutman

## APPENDIX A

1.      Attached as **Exhibit 1** is a true and correct copy of a compilation of nearly 300 posts from my Personal Instagram account from April 6, 2012 to December 11, 2020.

2.      Attached as **Exhibit 2** is a true and correct copy of a compilation of about 100 of some very personal posts to my Personal Instagram account from April 6, 2012 to November 1, 2020.

3.      Attached as **Exhibit 3** is a true and correct copy of various "bake-off" stories that I posted on my Personal Instagram, which are dated August 19, 2018, August 10, 2019, October 28, 2018, July 21, 2019, and March 11, 2019.

4.      Attached as **Exhibit 4** is a true and correct copy of screenshots from my Personal Instagram dated November 27, 2018 and July 31, 2019, showing that my account was verified as a "Public Figure."

5.      Attached as **Exhibit 5** is a true and correct copy of screenshots from my Personal Instagram dated February 22, 2020 and January 5, 2021, showing that my bio description was recently changed from "Personal&Creative" to "House of Hayley Paige."

6.      Attached as **Exhibit 6** is a true and correct copy of screenshots of some very personal Direct Messages that I received on my Personal Instagram.

7.      Attached as **Exhibit 7** is a true and correct copy of a compilation of the most popular posts on my Personal Instagram.

8.    Attached as **Exhibit 8** is a true and correct copy of a compilation of nearly 300 posts, including posts of third-party content, from my Personal Instagram account with dates and descriptions of the posts.

9.    Attached as **Exhibit 9** is a true and correct copy of a compilation of exemplary pins on my Pinterest account, which is available at https://www.pinterest.com/misshayleypaige/.

10.    Attached as **Exhibit 10** is a true and correct copy of the posts to my TikTok account, which is available at https://www.tiktok.com/@misshayleypaige.

11.    Attached as **Exhibit 11** is a true and correct copy of my 2011 Employment Agreement with JLM dated July 13, 2011.

12.    Attached as **Exhibit 12** is a true and correct copy of my 2014 Employment Agreement with JLM dated August 1, 2014.

13.    Attached as **Exhibit 13** is a true and correct copy of the 2019 contract extension that I received from JLM on February 12, 2019.

14.    Attached as **Exhibit 14** is a true and correct copy of the 2019 Proposal that I received from Mr. Murphy on or about July 2019 during negotiations over a new employment contract.

15.    Attached as **Exhibit 15** is a true and correct copy of an email that I sent to Mr. Murphy on July 13, 2019, regarding "JLM-HP Contract."

16.    Attached as **Exhibit 16** is a true and correct copy of an email that I sent to Mr. Murphy on September 13, 2019, and an email that I received back from Mr. Murphy on September 15, 2019, regarding "Contract Updates."

17.     Attached as **Exhibit 17** is a true and correct copy of an email that I received from Mr. Murphy on June 2, 2020, and a response that I sent to Mr. Murphy on June 3, 2020, regarding "Contract Discussions."

18.     Attached as **Exhibit 18** is a true and correct copy of the letter that I received from JLM's counsel on October 12, 2020.

19.     Attached as **Exhibit 19** is a true and correct copy of an email chain that I received on December 15, 2020, regarding "Complaint about wedding dress."

20.      Attached as **Exhibit 20** is a true and correct copy of an email chain that I received on September 20, 2016, regarding "In love with the video."

21.     Attached as **Exhibit 21** is a true and correct copy of a screenshot of my email inbox with notifications that I receive from Instagram when there is a new login to my Personal Instagram account.

22.     Attached as **Exhibit 22** is a true and correct copy of an email that I sent to Lisa Radwinski dated February 27, 2017, regarding "Insta Messages."

23.     Attached as **Exhibit 23** is a true and correct copy of an email that I received from Danielle O'Brien on March 23, 2017, regarding "Why Pinterest is your new BFF!"

24.     Attached as **Exhibit 24** is a true and correct copy of an email chain that Mr. Murphy sent to me on January 25, 2017, regarding "HP Trunk Show Campaign."

25.     Attached as **Exhibit 25** is a true and correct copy of an email chain that I was copied on dated December 15, 2020, regarding "Wrong Info!"

26.     Attached as **Exhibit 26** is a true and correct copy of an email that I sent to Brittany Noe and others on May 24, 2017, regarding "PINTEREST REVAMP."

27.     Attached as **Exhibit 27** is a true and correct copy of an email chain that Melissa Deane sent to me on September 20, 2016, regarding "In love with the video."

28.     Attached as **Exhibit 28** is a true and correct copy of an email that I received from Brittany Noe on November 16, 2017, regarding "PR Meeting Recap."

29.     Attached as **Exhibit 29** is a true and correct copy of a text that I received from Lana Gryazeva on August 25, 2020.

30.     Attached as **Exhibit 30** is a true and correct copy of an email chain that I am included on dated January 17, 2017, regarding "Blush Ad Campaign – Live."

31.     Attached as **Exhibit 31** is a true and correct copy of an email that I received from Lana Gryazeva on October 3, 2016, regarding "Social Media Assignments for JLM Press Show."

32.     Attached as **Exhibit 32** is a true and correct copy of screenshots from Direct Messages that I received from my followers on my @allthatglittersonthegram Instagram account.

33.     Attached as **Exhibit 33** is a true and correct copy of a compilation of screenshots of comments that my followers made on my Personal Instagram account following entry of the TRO and after JLM took control of my account.

34.     Attached as **Exhibit 34** is a true and correct copy of an email that I received from Elyse Gilreath on March 23, 2016, regarding "Blush Instagram."

35.     Attached as **Exhibit 35** is a true and correct copy of a compilation of exemplary screenshots of the @blushbyhayleypaige Instagram account.

36.     Attached as **Exhibit 36** is a true and correct copy of a compilation of exemplary screenshots of the @lapetitehayleypaige Instagram account.

37.     Attached as **Exhibit 37** is a true and correct copy of a compilation of exemplary screenshots of the @hayleypaigeoccasions Instagram account.

38.     Attached as **Exhibit 38** is a true and correct copy of a compilation of exemplary screenshots of the @holymatrimoji Instagram account.

39.     Attached as **Exhibit 39** is a true and correct copy of a compilation of exemplary screenshots of the @jim_hjelm Instagram account.

40.     Attached as **Exhibit 40** is a true and correct copy of the profile images on the @blushbyhayleypaige, @lapetitehayleypaige, @hayleypaigeoccasions, @jim_hjelm, and the @misshayleypaige Instagram Accounts.

41.     Attached as **Exhibit 40** is a true and correct copy of a PDF of the Social Blade webpage for the @misshayleypaige Instagram Account, which is also available at https://socialblade.com/instagram/user/misshayleypaige.

42.     Attached as **Exhibit 42** is a true and correct copy of a compilation of exemplary pins on JLM's corporate Pinterest account, which is available at https://www.pinterest.com/hayleypaigejlm/pins/.

43.     Attached as **Exhibit 43** is a true and correct copy of a compilation of exemplary posts on JLM's main corporate Instagram account @jlm_coouture.

61