# haynesboone

Direct Dial: 212-659-4985
Direct Fax: 212-884-9574
joseph.lawlor@haynesboone.com

January 12, 2021

**VIA ECF AND EMAIL**

Judge Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007
swainnysdcorresp@nysd.uscourts.gov

**MEMO ENDORSED**

Re:   *JLM Couture, Inc. v. Hayley Paige Gutman*
      20-cv-10575-LTS-SLC

Dear Judge Swain:

We write on behalf of Defendant Hayley Paige Gutman to provide the Court with an unredacted copy of the Declaration of Hayley Paige Gutman, dated January 12, 2021 ("Hayley's Declaration"), that was filed today in opposition to plaintiff's request for a preliminary injunction. Pursuant to the Order of Judge Stein, dated December 15, 2020, (Doc. No. 4), plaintiff was permitted to file Exhibit 55 to Mr. Murphy's Declaration (Doc. No. 14) under seal. Paragraph 105 of Hayley's Declaration refers to information contained in that Exhibit 55. Thus, we have redacted that information in the public filing of Hayley's Declaration and provide the unredacted version with the redactions highlighted pursuant to Your Honor's Individual Rule 5.b.ii.

Respectfully submitted,

*s/Joseph Lawlor*

Joseph Lawlor

cc: counsel of record

Encl.

The proposed redaction is approved. DE# 47 shall remain under seal with access permitted for the Plaintiff, Defendant and the Court only. DE# 46 resolved.
SO ORDERED.
1/12/2021
/s/ Laura Taylor Swain, USDJ

Haynes and Boone, LLP
Attorneys and Counselors
30 Rockefeller Plaza
26th Floor
New York, New York 10112
T (212) 659-7300
F (212) 918-8989
www.haynesboone.com