UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
JLM COUTURE, INC.,

                                       No. 20 CV 10575-LTS-SLC

                Plaintiff,

      -against-

HAYLEY PAIGE GUTMAN,

                Defendant.
-------------------------------------------------------x

## ORDER

        The Court has received Defendant's motion to strike. (Docket Entry No. 62.) Any opposition must be filed and emailed to Chambers by 12:00 p.m. on January 26, 2021. Any reply must be filed and emailed by 4:00 p.m. on January 26, 2021.

        SO ORDERED.

Dated: New York, New York
          January 25, 2021

                                                   /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                                   United States District Judge