UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
JLM COUTURE, INC.,

                                       No. 20 CV 10575-LTS-SLC

                Plaintiff,

      -against-

HAYLEY PAIGE GUTMAN,

                Defendant.
-------------------------------------------------------x

ORDER

        Plaintiff is hereby directed to file with the Court a Proposed Order for Preliminary Injunction no later than **5:00 p.m. on Saturday, January 30, 2021**.

        SO ORDERED.

Dated: New York, New York
       January 29, 2021

                                                     /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge