UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JLM COUTURE, INC.,

                        Plaintiff,

-v-

                      CIVIL ACTION NO.: 20 Civ. 10575 (LTS) (SLC)

HAYLEY PAIGE GUTMAN,

                      **ORDER**

                        Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

This afternoon the Court held a Telephone Discovery Conference concerning Plaintiff's Letter-Motion for Expedited Discovery ("Plaintiff's Motion"). (ECF No. 81). As described in Plaintiff's Motion, Plaintiff seeks an order compelling Defendant Hayley Paige Gutman ("Gutman") to produce by tomorrow, Saturday, January 30, 2021 at 5:00 pm documents and communications concerning any agreement or contract "for Gutman to promote the goods or services of" Optimum Whey or Optimum Nutrition ("Optimum"). (ECF No. 81 at 2).

Pursuant to the discovery conference held today, the Court orders as follows:

1. The agreement between Conrad Cleven, Gutman's fiancé, and Optimum (the "Agreement") is responsive to Plaintiff's Document Request, relevant, and discoverable. Gutman, or her counsel, shall promptly confer with Optimum to facilitate the prompt production of the Agreement to Plaintiff. The Agreement shall be produced subject to the parties' Confidentiality Stipulation & Protective Order (ECF No. 54).

2

2. Defendant shall produce the communications concerning the Agreement responsive to Document Request No. 2 (ECF No. 81-1 at 3) by end-of-day, **Sunday, January 31, 2021**, on a rolling basis if practicable.

Dated:    New York, New York
          January 29, 2021

SO ORDERED

*[signature]*

SARAH L. CAVE
**United States Magistrate Judge**