UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
JLM COUTURE, INC.,

                                                         No. 20 CV 10575-LTS-SLC

              Plaintiff,

      -against-

HAYLEY PAIGE GUTMAN,

              Defendant.
-------------------------------------------------------x

<u>ORDER</u>

        The Preliminary Injunction hearing in this matter is hereby scheduled to occur as a video conference using the Microsoft Teams platform on **Thursday, February 4, 2021, at 9:00 a.m.**  To optimize the quality of the video feed, only the Court, the designated attorneys for the parties, designated witnesses and court personnel will be permitted to participate through the Microsoft Teams platform; all others may access the audio feed of the hearing as instructed below.  Other co-counsel, members of the press, and the public may access the audio feed of the hearing by calling **888-363-4702**, entering access code **1527005#**, and security code **2699#.**

        In advance of the hearing, Chambers will email the parties with further information on how to access the video call.  Those participating on the Microsoft Teams platform will be provided a link.  **The link** should be used **only** at the time of the hearing.  To optimize use of the video conference technology, all those participating by video should:

1. Use hard-wired internet or WiFi.  If using WiFi, the device should be positioned as close to the Wi-Fi router as possible to ensure a strong signal.  (Weak signals may cause delays or dropped feeds.)

2. Minimize the number of others using the same WiFi router during the hearing.

Further, all participants must identify themselves every time they speak, spell any proper names for the court reporter, and take care not to interrupt or speak over one another.  Finally, all of those accessing the hearing — whether in listen-only mode or otherwise — are reminded that recording or rebroadcasting of the proceeding is prohibited.  <u>See</u> Standing Order M-10-468, No. 21-MC-45 (S.D.N.Y. Jan. 19, 2021).

     SO ORDERED.

Dated: New York, New York
       February 2, 2021

      /s/ Laura Taylor Swain
     LAURA TAYLOR SWAIN
     United States District Judge