UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

JLM COUTURE, INC.,

        Plaintiff,

  -v-                                  No. 20 CV 10575-LTS-SLC

HAYLEY PAIGE GUTMAN,

        Defendant.

-------------------------------------------------------x

## Order

        The Court has received Defendant's application to seal portions of the February 4, 2021, transcript. Defendant submitted the application by email and has not filed the application on the docket as required by the Court's Individual Rules and Practices section A(5)(b)(ii), which states

> **Sealing/Redaction Requiring Court Approval.** Motions or letter-motions for approval of sealed or redacted filings in civil and miscellaneous cases and the subject documents, including the proposed sealed document(s), must be filed electronically through the court's ECF system in conformity with the court's standing order, 19-mc-00583, and ECF Rules & Instructions, section 6.

        Defendant is hereby directed to file her letter and attachment as a motion for approval of the proposed redactions in accordance with the Court's Individual Rules and Practices and ECF procedures, no later than **5:00 p.m. on Wednesday, February 17, 2021**.

The merits of the application and Plaintiff's opposition (Docket Entry No. 99) will be considered if the motion is timely filed. If the motion is not timely filed, Defendant's application will be denied.

SO ORDERED.

Dated: New York, New York
February 16, 2021

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge