SUBSCRIBE NOW AND RECEIVE 10% OFF YOUR NEXT PURCHASE AT POPUPPAIGE.COM ✖

SUBSCRIBE (https://www.jlmcouture.com/signup)

 (/style-search) SIGN IN (/USER/LOGIN)

(https://www.jlmcouture.com/hayley-paige)

Collections

Spring 2021:

CAMPAIGN (/HAYLEY-PAIGE/BRIDAL/SPRING/2021)

Spring 2020:

CAMPAIGN (/HAYLEY-PAIGE/BRIDAL/SPRING/2020)

HAYLEY PAIGE X BHLDN (HTTPS://WWW.BHLDN.COM/CATEGORIES/HAYLEY-PAIGE)

BRIDAL SIZE INCLUSIVE STYLES (/HAYLEY-PAIGE/PLUS-SIZE)

BRIDESMAID SIZE INCLUSIVE STYLES (/HAYLEY-PAIGE-OCCASIONS/PLUS-SIZE)

BLUSH BY HAYLEY PAIGE (/BLUSH-HAYLEY-PAIGE)

BRIDESMAIDS (/HAYLEY-PAIGE-OCCASIONS)

PURCHASE A SWATCH (HTTPS://WWW.POPUPHAYLEYPAIGE.COM/COLLECTIONS/SWATCHES-1)

FLOWER GIRLS (/LA-PETITE-FLOWER-GIRL)

ATHLEISURE (HTTPS://WWW.POPUPHAYLEYPAIGE.COM/COLLECTIONS/HAYLEY-PAIGE-ATHLEISURE)

VEILS (/HAYLEY-PAIGE/ACCESSORIES)

HAYLEY PAIGE FAVORITES (/HAYLEY-PAIGE/BRIDAL/FAVORITES)

VIEW ALL STYLES (/HAYLEY-PAIGE/LATEST-STYLES)

HOLY MATRIMOJI (HTTPS://ITUNES.APPLE.COM/US/APP/HOLY-MATRIMOJI/ID1205065283)

STORES (/STORES?FIELD_LINE_REF_TARGET_ID_1=223)

TRUNK SHOWS (/TRUNK-SHOWS?FIELD_LINES_REF_TARGET_ID=223)

PRESS PLAY (/HAYLEY-PAIGE/VIDEOS)

SPOTTED (/HAYLEY-PAIGE/CELEBRITY-SPOTLIGHT)

Cited in JLM Couture Inc v Gutman 20-cv-10575 Decided 3/4/21
Archived on 3/10/21
This document is protected by copyright. Further reproduction is prohibited without permission.

HOUSE OF HAYLEY PAIGE (/HAYLEY-PAIGE)

HAYLEY PAIGE (/HAYLEY-PAIGE)

HP X BHLDN (HTTPS://WWW.BHLDN.COM/PAGES/HAYLEY-PAIGE-COLLABORATION?UTM_MEDIUM=OTHER&UTM_SOURCE=HAYLEY_PAIGE&UTM_CAMPAIGN=LAUNCH)

BLUSH BY HAYLEY PAIGE (/BLUSH-HAYLEY-PAIGE)

JIM HJELM BY HAYLEY PAIGE (/JIM-HJELM)

HAYLEY PAIGE OCCASIONS (/HAYLEY-PAIGE-OCCASIONS)

LA PETITE BY HAYLEY PAIGE (/LA-PETITE-FLOWER-GIRL)

PLUS SIZE BRIDAL STYLES (HTTPS://WWW.JLMCOUTURE.COM/HAYLEY-PAIGE/PLUS-SIZE)

PLUS SIZE BRIDESMAID STYLES (/HAYLEY-PAIGE-OCCASIONS/PLUS-SIZE)

HAYLEY PAIGE RED CARPET (/HAYLEY-PAIGE-RED-CARPET/LATEST-STYLES)

ATHLEISURE (/HAYLEY-PAIGE/ATHLEISURE)

VEILS BY HAYLEY PAIGE (HTTPS://WWW.JLMCOUTURE.COM/HAYLEY-PAIGE/ACCESSORIES)

POP-UP PAIGE (HTTPS://POPUPPAIGE.COM)

HOLY MATRIMOJI (HTTPS://ITUNES.APPLE.COM/US/APP/HOLY-MATRIMOJI/ID1205065283)

**INQUIRE (/HAYLEY-PAIGE/INQUIRE)**



(/)

Cited in JLM Couture Inc v Guttman 20-CV-10575 decided 3/4/21. Archived on 3/10/21. This document is protected by copyright. Further reproduction prohibited without permission.

(https://instagram.com/misshayleypaige)

(https://www.facebook.com/pages/Hayley-Paige/209041175829590)

(https://www.pinterest.com/misshayleypaige)

(https://www.youtube.com/channel/UCJR_76xqVd6ihrlUm3AL-qg)



(/hayley-paige/bridal/spring/2021/style-62109)

# The Hayley Paige Collection

THE DRESSING ROOM (https://www.jlmcouture.com/hayley-paige/bridal/spring/2020)

RECKLESS OPTIMISM (https://player.vimeo.com/video/463619622?width=630&height=450&iframe=true)

# Find Your Hayley Paige Dress:

## #justgotpaiged

STORE LOCATOR (HTTPS://WWW.JLMCOUTURE.COM/STORES?FIELD_LINE_REF_TARGET_ID_1=223)

TRUNK SHOWS (HTTPS://WWW.JLMCOUTURE.COM/TRUNK-SHOWS?FIELD_LINES_REF_TARGET_ID=223)

HAYLEY PAIGE OCCASIONS (Hayley-Paige-Occasions)

BLUSH BY HAYLEY PAIGE (Blush-Hayley-Paige)

PRECIOUS AND PETITE (la-petite-flower-girl)

PAIGING THE RUNWAY (hayley-paige-red-carpet/latest-styles)

(https://www.popuphayleypaige.com)

THE HEARTS ON FIRE COLLECTION (https://www.heartsonfire.com/hayley-paige-for-hearts-on-fire)

INSTAGRAM (https://www.instagram.com/misshayleypaige/)

## SHOP NOW AT POPUPPAIGE!

Cited in JLM Couture Inc v Gutman 20 CV 10575 decided 3/4/21
Archived on 3/10/21
This document is protected by copyright.
Further reproduction is prohibited without permission.



(https://www.popuphayleypaige.com/collections/hayley-paige-athleisure)

Bomber Jacket - Style #670J (https://www.popuphayleypaige.com/collections/hayley-paige-athleisure)



(https://www.popuphayleypaige.com/collections/hayley-paige-athleisure)

Long T-Shirt - Style #670T (https://www.popuphayleypaige.com/collections/hayley-paige-athleisure)



(https://www.popuphayleypaige.com/collections/hayley-paige-athleisure)

T-Shirt and Shorts - Style #670S (https://www.popuphayleypaige.com/collections/hayley-paige-athleisure)



Cited in JLM Couture Inc v Gutman 20CV10575 Decided 3/4/21

Archived on 3/10/21

This document is protected by copyright. Further reproduction is prohibited without permission.

(https://www.popuphayleypaige.com/collections/hayley-paige-athleisure)

Robes - Style #670R (https://www.popuphayleypaige.com/collections/hayley-paige-athleisure)

See our Blog post (https://www.jlmcouture.com/blog/2016/11/28/introducing-hayley-p

Shop Now (https://popuppaige.com/)

SIZE INCLUSIVE GOWNS
ACCESSORIZE
(hayley-paige-plus-size-bridal-gowns)

(hayley-paige/accessories)

# Celebrity Spotlight

Spotted in Hayley Paige

(/hayley-paige-red-carpet/celebrity-spotlight/ariel-martin)

Ariel Martin (/hayley-paige-red-carpet/celebrity-spotlight/ariel-martin)

Style Revel (/hayley-paige-red-carpet/bridal/fall/2018/style-revel)

Just Jared Jr. (http://www.justjaredjr.com/2020/01/26/meg-donnelly-milo-manheim-more-glam-up-for-zombies-2-premiere/)

(/hayley-paige-red-carpet/celebrity-spotlight/meg-donnelly-2)

Meg Donnelly (/hayley-paige-red-carpet/celebrity-spotlight/meg-donnelly-2)

Just Jared Jr (http://www.justjaredjr.com/2020/01/26/meg-donnelly-milo-manheim-more-glam-up-for-zombies-2-premiere/)

(/hayley-paige-red-carpet/celebrity-spotlight/andrea-boehlke)

Andrea Boehlke (/hayley-paige-red-carpet/celebrity-spotlight/andrea-boehlke)

Style Merlin (/hayley-paige-red-carpet/bridal/spring/2017/style-merlin)

Vogue Spain (https://www.vogue.es/celebrities/galerias/sag-awards-2020-alfombra-roja-vestidos) Bustle (https://www.bustle.com/p/all-the-sheer-dresses-at-the-2020-sag-awards-21714362) USA Today (https://www.usatoday.com/picture-gallery/entertainment/movies/2020/01/19/sag-awards-2020-stars-sparkle-red-carpet/4519594002/) NY Daily News (https://www.nydailynews.com/snyde/ny-sag-awards-2020-best-and-worst-red-carpet-looks-20200119-mt4ipe5mmjemxle3eqnisn7sda-photogallery.html) Footwear News (https://footwearnews.com/gallery/sag-awards-red-carpet-arrivals-photos/shutterstock_editorial_10525967c/) Instagram (https://www.instagram.com/p/B7hH8bClnze/)

(/hayley-paige-red-carpet/celebrity-spotlight/tess-romero)

Tess Romero (/hayley-paige-red-carpet/celebrity-spotlight/tess-romero)

Style Fredo (/hayley-paige-red-carpet/bridal/spring/2019/style-fredo)

Daily Mail UK (https://www.dailymail.co.uk/tvshowbiz/article-7889157/Gina-Rodriguez-looks-classic-black-cocktail-dress-packs-PDA-husband-Joe-Locicero.html)

Cited in JLM Couture Inc v Gutman 20CV10575 Decided 3/4/21
Archived on 3/10/21
This document is protected by copyright.
Further reproduction prohibited without permission.



HOUSE OF HAYLEY PAIGE

ENGAGED WITH PAIGE!

(https://www.jlmcouture.com/Hayley-Paige)

(https://www.jlmcouture.com/Blush-Hayley-Paige)

(https://www.jlmcouture.com/Hayley-Paige-Occasions)

(https://www.jlmcouture.com/Jim-Hjelm)

(https://www.jlmcouture.com/hayley-paige-red-carpet)

## Follow Hayley Paige

(https://www.youtube.com/channel/UCJR_76xqVd6ihrlUm3AL-qg)
(https://www.facebook.com/pages/Hayley-Paige/209041175829590)
(https://twitter.com/#!/HayleyPaige_JLM)   (https://www.pinterest.com/misshayleypaige)
(https://instagram.com/misshayleypaige)   (https://www.snapchat.com/add/misshayleypaige)

## HAYLEY PAIGE ON INSTAGRAM

Cited in JLM Couture Inc v Gutman 20CV10575 Decided 3/4/21
Archived on 3/10/21
This document is protected by copyright.
Further reproduction is prohibited without permission.

@misshayleypaige (https://www.instagram.com/misshayleypaige)

(https://www.instagram.com/p/CMKHUFfAGZf/) (https://www.instagram.com/p/CMFNbHHAQ0_/)

(https://www.instagram.com/p/CMCtEemAcGp/) (https://www.instagram.com/p/CL6nVdIAS_9/)

(https://www.instagram.com/p/CL1tWvVAusV/)

GET ON

# THE LIST

Enter Your Email Address

☐ I agree with JLM Couture's Privacy Policy (/privacy) and allow for JLM Couture to send me emails. I may unsubscribe at any time.

Cited in JLM Couture Inc v Gutman 20CV10575 Decided 3/4/21
Archived on 3/10/21
This document is protected by copyright.
Further reproduction is prohibited without permission.

Enter your email address to receive news, offers, and promotional communications. You may unsubscribe at any time.

**SUBSCRIBE**

HOME (/)

ABOUT (/joseph-l-murphy)

About Joseph L. Murphy (/joseph-l-murphy)  Company Profile (/company-profile)  FAQs (/faq)  Careers (/careers)  Contact Us (/contact-us)

FLAGSHIP BOUTIQUE (/boutique)  BLOG (/blog)  REAL WEDDINGS (/jlm-weddings)  JLM Europe (/jlm-europe)  SUBSCRIBE (/signup)  SOCIAL (/get-social)  SIGN IN (/user/login)

(https://instagram.com/misshayleypaige)

(https://www.facebook.com/pages/Hayley-Paige/209041175829590)

(https://www.pinterest.com/misshayleypaige)

(https://www.youtube.com/channel/UCJR_76xqVd6ihrlUm3AL-qg)

Cited in JLM Couture, Inc v Gutman
20CV10575 Decided 3/4/21
Archived on 3/10/21
This document is protected by copyright.
Further reproduction is prohibited without permission.

BRIDAL GOWNS

Hayley Paige (/Hayley-Paige)

Lazaro (/Lazaro)

Allison Webb (/allison-webb)

Blush by Hayley Paige (/Blush-Hayley-Paige)

Tara Keely by Lazaro (/Tara-Keely)

Ti Adora by Allison Webb (/Ti-Adora)

Hayley Paige Athleisure (/hayley-paige/athleisure)

Lucia by Allison Webb (/lucia)

Jim Hjelm by Hayley Paige (/Jim-Hjelm)

Alvina Valenta (/Alvina-Valenta)

BRIDESMAID DRESSES

Hayley Paige Occasions (/Hayley-Paige-Occasions)

Plus Size Bridesmaid Styles (/hayley-paige-occasions/plus-size)

Search by Color (https://www.jlmcouture.com/Hayley-Paige-Occasions/color-search)

Flower Girl Dresses (/la-petite-flower-girl)

Maternity Dresses (/maternity)

Hayley Paige Athleisure (/hayley-paige/athleisure)

Purchase a Swatch (https://www.popuphayleypaige.com/collections/swatch-1)

ABOUT

About Joseph L. Murphy (/joseph-l-murphy)

Company Profile (/company-profile)

FAQs (/faq)

WHERE TO BUY

Pop-Up Paige (https://popuppaige.com)

Stores (/stores)

Trunk Shows (/trunk-shows)

Careers (/careers)

Contact Us (/contact-us)

Editors (/user/login?destination=/editors)

Editors Europe (/user/login?destination=/editors-europe)

For the Retailer (/retailers)

Privacy Policy (/privacy)

JLM Boutique (/boutique)

JLM Europe (/jlm-europe)

STAY CONNECTED

Subscribe (/signup)

Holy Matrimoji (https://itunes.apple.com/us/app/holy-matrimoji/id1205065283)

Social (/get-social)

Real Weddings (/jlm-weddings)

Aisle Style Blog (/blog)

Celebrity Spotlight (/celebrity-spotlight)

Now hiring at JLM Couture New York! See our careers (https://www.jlmcouture.com/careers) page for more information.

Cited in JLM Couture Inc v Gutman 20CV10575 Decided 3/4/21 Archived on 3/10/21 This document is protected by copyright. Further reproduction is prohibited without permission.

Cited in JLM Couture Inc v Gutman
20CV10575 Decided 3/4/21
Archived on 3/10/21
This document is protected by copyright.
Further reproduction is prohibited without permission.