UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

JLM COUTURE, INC.,

    Plaintiff,

-v-                                                No. 20 CV 10575-LTS-SLC

HAYLEY PAIGE GUTMAN,

    Defendant.

-------------------------------------------------------x

ORDER

The Court has received Defendant's application for an order to show cause. (Docket entry numbers 141-145.) The Court declines to issue an order to show cause but treats Defendant's application as a motion to dissolve the preliminary injunction. Plaintiff's opposition papers are due by **May 12, 2021**, and Defendant's reply papers are due by **May 19, 2021**. Telephonic oral argument is hereby scheduled for **May 25, 2021, at 9:30 a.m.**

    SO ORDERED.

Dated: New York, New York
      May 5, 2021

                                              /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                             Chief United States District Judge