UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JLM COUTURE, INC.<br><br>                              Plaintiff,<br><br>          - against -<br><br>HAYLEY PAIGE GUTMAN<br><br>                              Defendant. | Civil Action No. 1: 20-cv-10575-LTS-SLC<br><br>**AMENDED NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that Defendant Hayley Paige Gutman, pursuant to 28 U.S.C. § 1292(a)(1) and Federal Rules of Appellate Procedure 3 and 4, hereby appeals[1] to the United States Court of Appeals for the Second Circuit from the Memorandum Opinion and Order of the Honorable Laura T. Swain granting Preliminary Injunction, entered in this action on March 4, 2021 at docket entry 109 and Memorandum Opinion and Order of the Honorable Laura T. Swain denying Motions for Dissolution and Reconsideration, entered in this action on June 2, 2021 at docket entry 176.

[*signature block on next page*]

---

[1] Defendant timely appealed the Court's March 4, 2021 order on April 5, 2021, and the appeal has been designated Case Number 21-870. The Second Circuit abated that appeal and noted that the prior notice of appeal was premature because of the pending motion for reconsideration. 21-870, Doc. No. 49. Accordingly, Defendant files this Amended Notice of Appeal to encompass both the District Court's March 4 ruling and the June 2 ruling on the motions for reconsideration and dissolution.

DATED: June 4, 2021

        HAYNES AND BOONE, LLP
*Attorneys for Defendant Hayley Paige Gutman*

By:  s/ Richard D. Rochford
     Richard D. Rochford
     Joseph Lawlor
     30 Rockefeller Plaza, 26th Floor
     New York, NY 10112
     Tel: (212) 659- 7300
     Fax: (212) 918-8989
     richard.rochford@haynesboone.com
     joseph.lawlor@haynesboone.com

     Tiffany Cooke*
     2323 Victory Ave., Suite 700
     Dallas, TX 75219
     Tel: (214) 651-5849
     Fax: (214) 200-0847
     tiffany.cooke@haynesboone.com
     *Admitted *pro hac vice*