UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JLM COUTURE, INC.,

                        Plaintiff,

        -v-

                                                    CIVIL ACTION NO.: 20 Civ. 10575 (LTS) (SLC)

HAYLEY PAIGE GUTMAN,                                              **ORDER**

                        Defendant.


**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Initial Conference held today, the Court orders as follows:

1.  Defendant Conrad Clevlen shall answer, move, or otherwise respond to the First
    Amended Complaint (ECF No. 139) by **July 26, 2021**.

2.  The parties shall file their amended pleadings—Plaintiff JLM Couture, Inc.'s Second
    Amended Complaint ("SAC"), and Defendant Hayley Paige Gutman's amended
    counterclaims/third-party claims (together, the "Amended Pleadings")—by **August
    13, 2021**.

3.  Any motions to dismiss the Amended Pleadings by Plaintiff and Defendant Gutman
    (together, the "Renewed Motions to Dismiss") shall be filed by **September 27, 2021**.

4.  Defendant Clevlen's motion to dismiss the SAC ("Clevlen's Second Motion to Dismiss")
    shall be filed by **October 1, 2021**.

5.   Any opposition to the Renewed Motions to Dismiss shall be filed by **November 8,
    2021**.

6. Plaintiff's opposition to Clevlen's Second Motion to Dismiss shall be filed by **November 12, 2021**.

7. All reply memoranda shall be filed by **December 12, 2021.**

8. The parties shall file a joint ESI Plan and proposed order to govern the preservation, collection and production of electronically stored information (the "ESI Proposal") by **July 30, 2021**.

   a. In the event that the parties are unable to agree to the terms of the ESI Proposal, they shall include their respective positions and proposed language within the same ESI Proposal to facilitate the Court's review.

9. The Court holds in abeyance a ruling on the parties' joint request to stay discovery pending dispositive motion practice (see ECF No. 188) until after the Renewed Motions to Dismiss are filed.

   a. A Telephone Status Conference to address discovery is scheduled for **Wednesday, October 6, 2021, at 10:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties are not required to file a submission in advance of this conference, but if elect to, the submission shall be filed no later than **Thursday, September 30, 2021**.

Dated:      New York, New York
             July 8, 2021

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**