UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

JLM COUTURE, INC.,

       Plaintiff,

  -v-                                                  No.  20 CV 10575-LTS-SLC

HAYLEY PAIGE GUTMAN and CONRAD
LOUIS CLEVLEN,

       Defendants.

-------------------------------------------------------x

HAYLEY PAIGE GUTMAN,

       Counterclaim-Plaintiff,

  -v-

JLM COUTURE, INC.,

       Counterclaim-Defendant.

-------------------------------------------------------x

## Order

On August 13, 2021, Plaintiff JLM Couture, Inc. filed a second amended complaint (docket entry no. 228), and Defendant Hayley Paige Gutman filed amended counterclaims (docket entry no. 226).  Accordingly it is hereby ORDERED that Defendant Gutman's pending motion to dismiss the amended complaint (docket entry nos. 180 and 187), Plaintiff JLM Couture, Inc.'s pending motion to dismiss Defendant Gutman's counterclaims and third-party claims (docket entry no. 181), and Defendant Conrad Louis Clevlen's pending motion to dismiss the amended complaint (docket entry no. 206) are denied without prejudice to renewal

in light of the amended pleadings and in accordance with the briefing schedule specified in docket entry no. 194.

    Docket entry nos. 180, 181, 187, and 206 are resolved.

Dated: New York, New York
        August 17, 2021

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      Chief United States District Judge