UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

JLM COUTURE, INC.,

       Plaintiff,

-v-                                            No.  20 CV 10575-LTS-SLC

HAYLEY PAIGE GUTMAN

       Defendant.

-------------------------------------------------------x

ORDER

       The Court has received Defendant's letter motion for urgent relief (docket entry no. 315), and Plaintiff's response.  (Docket entry no. 316.)  The parties are hereby directed to meet and confer and file a joint status report by **February 2, 2022**, as to their proposed next steps in this action, including their views as to the effect of Rule 41 of the Federal Rules of Appellate Procedure on this Court's authority to take any requested action.

SO ORDERED.

Dated: New York, New York
       January 27, 2022

                                                        /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                      Chief United States District Judge