UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

JLM COUTURE, INC.,

        Plaintiff,

    -v-                                   No.   20 CV 10575-LTS-SLC

HAYLEY PAIGE GUTMAN

        Defendant.

-------------------------------------------------------x

ORDER

        The Court thanks the parties for their joint status report, see docket entry no. 322, which the Court has reviewed thoroughly.  The Court finds that it lacks jurisdiction to modify the Preliminary Injunction Order prior to the issuance of a mandate effectuating the Second Circuit's January 25, 2022, decision and returning the matter to this Court.  The Court expects to provide further guidance to the parties in advance of the issuance of the mandate.

SO ORDERED.

Dated: New York, New York
      February 4, 2022

                              /s/ Laura Taylor Swain
                             LAURA TAYLOR SWAIN
                             Chief United States District Judge