UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

JLM COUTURE, INC.,

       Plaintiff,

-v-                                                   No.   20 CV 10575-LTS-SLC

HAYLEY PAIGE GUTMAN,

       Defendant.

-------------------------------------------------------x

## ORDER

The Court hereby directs the parties to meet and confer and propose a briefing schedule, by **May 13, 2022**, for any Preliminary Injunction motion practice seeking relief including, but not limited to, modification of the current Preliminary Injunction, in connection with the upcoming August 1, 2022, termination date of provisions included in the parties' Employment Agreement. The proposed schedule must provide for completed briefing by **June 30, 2022**.

SO ORDERED.

Dated: New York, New York
          May 5, 2022

                                                                 /s/ Laura Taylor Swain
                                                                   LAURA TAYLOR SWAIN
                                                                   Chief United States District Judge