UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

JLM COUTURE, INC.,

        Plaintiff,

  -v-                                                    No.  20 CV 10575-LTS-SLC

HAYLEY PAIGE GUTMAN,

        Defendant.

-------------------------------------------------------x

## Order

        On May 5, 2022, the Court entered an order directing the parties to propose a briefing schedule for any Preliminary Injunction motion practice seeking relief including, but not limited to, modification of the current Preliminary Injunction. (Docket entry no. 344.) The Court has received the parties' motions (docket entry nos. 351 and 357) and recognizes that Plaintiff has requested an evidentiary hearing in connection with its motion for modification of the current Preliminary Injunction. The Court hereby grants such request and schedules a Preliminary Injunction hearing in connection with Plaintiff's motion for modification of the current Preliminary Injunction.

        The Preliminary Injunction hearing is hereby scheduled as an in-person hearing for July 13, 2022, beginning at 9:30 a.m. The parties are directed to meet and confer and, by 9:30 a.m. on July 11, 2022, file with the Court (1) a consolidated and bookmarked (to indicate exhibit numbers) pdf containing all of the exhibits to be referred to in the course of the hearing (cross-referenced to the submissions in which they were originally filed), and (2) a joint submission identifying the witnesses to be presented for cross-examination, the time proposed to be allocated for each witness, and the time proposed to be allocated for argument. The

declarations previously filed in connection with this motion practice will be accepted as the witness' direct testimony.  Each side will be allocated a total of two hours for presentation of its arguments and evidence, including cross-examination and any redirect of witnesses.

SO ORDERED.

Dated: New York, New York
       July 6, 2022

      /s/ Laura Taylor Swain
      LAURA TAYLOR SWAIN
      Chief United States District Judge