UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

JLM COUTURE, INC.,

        Plaintiff,

  -v-                                              No.  20 CV 10575-LTS-SLC

HAYLEY PAIGE GUTMAN,

        Defendant.

-------------------------------------------------------x

## Order

        Oral argument in this case on Plaintiff's motion for modification of the Preliminary Injunction Order and Defendant's motion for dissolution and clarification of the Preliminary Injunction Order is scheduled for **July 14, 2022, at 10:00 a.m**. in Courtroom 17C of the Daniel Patrick Moynihan United States Courthouse at 500 Pearl Street, New York, NY 10007.  The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

        The parties are directed to file a joint letter by **July 13, 2022**, at **12:00 p.m**. identifying the attorneys who will be speaking on behalf of each party and whether each party is planning to utilize any technological components in support of their presentation. Any application for permission to bring electronic devices into the courthouse must be submitted to

chambers on the appropriate form, which is available on the Court's website, by that date and time.

        SO ORDERED.

Dated: New York, New York
       July 12, 2022

                                                 /s/ Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                                 Chief United States District Judge