UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JLM COUTURE, INC.,

                Plaintiff,

-v-

HAYLEY PAIGE GUTMAN,

                Defendant.

CIVIL ACTION NO.: 20 Civ. 10575 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the conference held today, July 20, 2022, the Court orders as follows:

1. The Court holds in abeyance the entry of an ESI protocol.

2. The parties shall continue to meet and confer regarding the Requests for Production. If issues arise, the parties are directed to file a joint letter-motion seeking a conference with the Court, in accordance with the Court's Individual Practices, available at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

3. A telephonic status conference is scheduled for **Tuesday, September 13, 2022 at 10:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:     New York, New York
          July 20, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**