UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JLM COUTURE, INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>　-v-<br><br>THE CITY OF NEW YORK, et al.,<br><br>　　　　　　　　　　Defendants. | CIVIL ACTION NO.: 20 Civ. 10575 (LTS) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

　　Pursuant to the telephonic status conference held today, September 13, 2022, the Court orders as follows:

1. The fact discovery deadline is STAYED pending resolution of the appeal before the United States Court of Appeals for the Second Circuit (the "Appeal").

2. By **Friday, December 23, 2022**, the parties shall file a joint letter advising the Court of the status of the Appeal.

Dated:　　New York, New York
　　　　　　September 13, 2022

　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SARAH L. CAVE
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge