UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

JLM COUTURE, INC.,

       Plaintiff,

 -v-                                      No.   20 CV 10575-LTS-SLC

HAYLEY PAIGE GUTMAN,

       Defendant.

-------------------------------------------------------x

## Order

Plaintiff JLM Couture, Inc. submitted a proposed judgment (docket entry no. 415) that includes the awarding of $118,806.59 in attorneys' fees and costs pursuant to the Court's December 21, 2022 Memorandum Order (docket entry no. 412) and interest accruing from the date of that Memorandum Order.  Plaintiff's application for attorneys' fees and costs did not include a request for prejudgment interest, nor did the Court award prejudgment interest in the December 21, 2022 Memorandum Order.  Accordingly, judgment will be entered in the amount of $118,806.59 in attorneys' fees and costs, with post-judgment interest to accrue at the statutory rate provided in 28 U.S.C. section 1961 from the date judgment is entered until the amount is fully paid.

SO ORDERED.

Dated: New York, New York
       January 5, 2023

                                               /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                               Chief United States District Judge