UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯X

JLM COUTURE, INC,

       Plaintiff,

       v.

HAYLEY PAIGE GUTMAN,

       Defendant.
X⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯X
HAYLEY PAIGE GUTMAN,

       Counterclaim-Plaintiff,

       v.

JLM COUTURE, INC and JOSEPH L. MURPHY,

       Counterclaim-Defendants.
X⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯X

Case No.: 1:20-CV-10575-LTS-SLC

**JUDGMENT**

       WHEREAS, an order was entered in the above action on the 21st day of December, 2022 in favor of Plaintiff JLM Couture, Inc. ("Plaintiff") and against Defendant Hayley Paige Gutman ("Defendant") granting Plaintiff its attorneys' fees and in the amount of $117,981.50 and costs in the amount of $825.09, for a total of $118,806.59. [Dkt No. 412].

       ORDERED, ADJUDGED AND DECREED: That Plaintiff have judgment against Defendant in the liquidated amount of $118,806.59. Post-judgment interest at the statutory rate provided in 28 U.S.C. section 1961 will accrue until the judgment has been satisfied.

Dated: New York, New York
      January 5, 2023

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Honorable Laura Taylor Swain, Chief U.S.D.J.

.