UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JLM COUTURE, INC., <br><br> Plaintiff, <br><br> -v- <br><br> HAYLEY PAIGE GUTMAN, <br><br> Defendant. | CIVIL ACTION NO.: 20 Civ. 10575 (LTS) (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Given the Second Circuit's issuance of the mandate in the interlocutory appeal filed by Defendant Hayley Paige Gutman (ECF No. 429) and Chief Judge Swain's Amended Opinion and Order Modifying Preliminary Injunction (ECF No. 431), by **Friday, March 24, 2023**, the parties shall file a joint status letter proposing deadlines for the completion of fact and expert discovery. On receipt of the parties' joint letter, the Court will determine an appropriate date for a conference with the parties.

Dated:   New York, New York
         March 15, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge