UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X------------------------------------------------X
JLM COUTURE, INC,

                Plaintiff,

                v.

HAYLEY PAIGE GUTMAN and
CONRAD LOUIS CLEVLEN,

                Defendants.
X------------------------------------------------X
HAYLEY PAIGE GUTMAN,

                Counterclaim-Plaintiff,

                v.

JLM COUTURE, INC and JOSEPH L.
MURPHY,

                Counterclaim-Defendants.
X------------------------------------------------X

Case No.: 1:20-CV-10575-LTC-SLC

## SUGGESTION OF BANKRUPTCY
## AND NOTICE OF AUTOMATIC STAY

      PLEASE TAKE NOTICE that on October 2, 2023, JLM Couture, Inc. (the "Debtor") filed a voluntary petition under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for

1

the District of Delaware.  The Debtor's case is captioned as *In re JLM Couture, Inc.*, Case No. 23-11659 (the "Bankruptcy Case").

PLEASE TAKE FURTHER NOTICE that upon the filing of the Debtor's chapter 11 petition, an automatic stay went into effect with respect to the Debtor pursuant to section 362 of the Bankruptcy Code.  As a result, at this time, all entities are stayed and prohibited from, *inter alia*:  (a) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the Debtor that was or could have been commenced before the commencement of the Bankruptcy Case; (b) the enforcement, against the Debtor or against property of the Debtor's bankruptcy estate, of a judgment obtained before the commencement of the Bankruptcy Case; (c) any act to obtain possession of property of the Debtor's bankruptcy estate or of property from the estate or to exercise control over property of the estate; (d) any act to create, perfect, or enforce any lien against property of the Debtor's bankruptcy estate; (e) any act to create, perfect, or enforce against property of the Debtor any lien to the extent that such lien secures a claim that arose before the commencement of the Bankruptcy Case; (f) any act to collect, assess, or recover a claim against the Debtor that arose before the commencement of the Bankruptcy Case; and (g) the setoff of any debt owing to the Debtor that arose before the

commencement of the Bankruptcy Case against any claim against the Debtor.  *See* 11 U.S.C. § 362(a).

Dated: New York, New York
       October 3, 2023

Respectfully submitted,
ADELMAN MATZ P.C.

By: /s/ Sarah M. Matz
     Sarah M. Matz, Esq.
     Gary Adelman, Esq.
     1159 Second Avenue, Suite 153
     New York, New York 10065
     Tel: (646) 650-2207
     Email: sarah@adelmanmatz.com
     Email: g@adelmanmatz.com
     *Attorneys for JLM Couture Inc. and Joseph Murphy*

3