UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

JLM COUTURE, INC.,

                     Plaintiff,

  -v-

HAYLEY PAIGE GUTMAN and CONRAD LOUIS CLEVLEN,

                     Defendants.
_____

CIVIL ACTION NO. 20 Civ. 10575 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On November 20, 2023, the Court issued an Order directing the parties to file a joint status letter "[b]y the earlier of (i) March 20, 2024, or (ii) ten (10) business days after the Second Circuit issues a decision on the pending consolidated appeals." (ECF No. 465). The Second Circuit issued its decision on January 17, 2024. (ECF No. 467). JLM Couture, Inc. v. Gutman, Nos. 21-2535; 22-1694 (MHP), 2024 WL 172609 (2d Cir. Jan. 17, 2024). Accordingly, the parties were required to file a joint status letter by January 31, 2024, at the latest. The parties failed to do so.

As a one-time courtesy, the Court sua sponte extends the parties' deadline to file a joint status letter to **February 6, 2024**. The letter shall include a proposed schedule for the completion of discovery with respect to Plaintiff's claims against Defendants. (See ECF No. 463 (entering an automatic stay of Defendants' counterclaims against Plaintiff under 11 U.S.C. § 362 while Plaintiff's Chamber 11 bankruptcy petition is pending, but declining to stay Plaintiff's claims)).

Dated:     New York, New York          SO ORDERED.
             February 2, 2024

                                                                      _____
                                                                      **SARAH L. CAVE**
                                                                      **United States Magistrate Judge**