UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

JLM COUTURE, INC.,

       Plaintiff,

  -v-                                         No.   20-CV-10575-LTS-SLC

HAYLEY PAIGE GUTMAN, et al.,

       Defendants.

-------------------------------------------------------x

## Order

       In light of the mandate from the United States Court of Appeals for the Second Circuit (see docket entry no. 471), the parties shall submit a joint status letter by **February 23, 2024**, addressing the Second Circuit's decision and their respective positions as to next steps in this litigation.

       SO ORDERED.

Dated: New York, New York
       February 9, 2024

                                                       /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                                     Chief United States District Judge