UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

JLM COUTURE, INC.,

      Plaintiff,

 -v-                                                  No.  20-CV-10575-LTS-SLC

HAYLEY PAIGE GUTMAN, et al.,

      Defendants.

-------------------------------------------------------x

## ORDER

The Court has received and reviewed the Motion for Reconsideration filed by Ms. Gutman. (Docket entry no. 476 (the "Motion").) JLM's opposition brief shall be filed by **March 22, 2024**, and any reply brief shall be filed by **March 27, 2024**.

SO ORDERED.

Dated: New York, New York
         March 18, 2024

                                                            _Laura Taylor Swain_
                                                            LAURA TAYLOR SWAIN
                                                           Chief United States District Judge